**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPENCER LEE SCHNEIDER,<br><br>                  Plaintiff,<br><br>                v.<br><br>OSG, LLC D/B/A ODYSSEY STUDY GROUP, LORRAINE IMLAY and MINERVA TAYLOR, both individually and as fiduciaries of the ESTATE OF SHARON GANS HORN, and GREGORY KOCH,<br><br>                  Defendants. | Case No. 22-cv-7686-DG-VMS<br><br>**DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR EXPEDITED MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 56.1(a) and (d), Defendants, by and through their undersigned counsel, respectfully submit the following statement of undisputed material facts in support of their Expedited Motion for Summary Judgment.

**<u>Schneider's Prior Publications Containing Material Admissions</u>**

1.      Schneider authored a purported memoir, titled *Manhattan Cult Story: My Unbelievable True Story of Sex, Crimes, Chaos, and Survival*, which was published on or around July 5, 2022, less than six months before he filed this action in December 2022. Declaration of Rhett O. Millsaps II dated November 25, 2024 ("Millsaps Decl.") ¶ 2, Ex. 1 (the "Book").

2.      Schneider authored an article in *Newsweek*, titled "I Was in an Elite Manhattan Cult for 23 Years," which was published on or about October 19, 2022, just two months before he filed this action. Millsaps Decl. ¶ 3, Ex. 2 ("Newsweek").

3.      Schneider has written and published a blog at www.cultrevolt.com from 2016 to present. Millsaps Decl. ¶ 4, Ex. 3 ("Blog").

4.      Schneider made additional material admissions pertinent to his claims and assertions in this case in other publications and at least 23 recorded public appearances and interviews prior to filing this action.  Millsaps Decl. ¶¶ 6-15, 17-31.

5.      Schneider referred to OSG as "School" in his various publications and public appearances.

6.      The statements in the Verified Complaint (Dkt. No. 1) ("Compl.") in this case were signed under penalty of perjury by Schneider and thus constitute admissions under oath.

7.      All the material facts set out herein are taken from the Complaint and Schneider's own prior published or recorded public statements, unless otherwise specifically noted.[1]

**OSG Was At All Relevant Times an Expressive Association and Spiritual Organization**

8.      OSG, LLC, including its predecessor organization (collectively, "OSG"), was an "esoteric school" founded in or around 1980 by Alex Horn and Sharon Gans Horn that promoted the teachings of noted early 20th century spiritual teacher George Gurdjieff.  Compl. ¶¶ 12-13, 29, 58, 65; Book at 30-33; Millsaps Decl. ¶ 5, Ex. 4.

9.      Gurdjieff "established schools in Europe and the United States and had many followers, including some renowned people such as Frank Lloyd Wright."  Book at 32.

10.     OSG's membership was comprised of "educated professionals, including business owners, educators, lawyers, physicians, executives, and money managers."  Compl. ¶ 21.

---

[1] While Defendants do take issue with some of the details of Schneider's account of OSG and other members that are not material to Schneider's forced-labor and trafficking claims in this case, Defendants do not dispute for purposes of this motion the facts material to Schneider's claims, as stated by Schneider himself, including the aspects of OSG that show that it is a spiritual organization, Schneider's background and circumstances, and Schneider's own stated reasons for why he chose to participate in OSG for 23 years and how he left the group.

11.     Schneider wrote of OSG's members:

> We worked in midtown or on Wall Street, bought our groceries at Citarella, dined out at the Odeon, spent weekends in the Hamptons, and took the subway home to comfortable apartments across the city where we lived lives of quiet privilege. We were just like you. We were your accountants, money managers, lawyers, executive recruiters, general contracts, doctors. We went to college and graduate school with you in Cambridge or Princeton or New Haven. We owned your child's private school and sold you your brownstone.

Book at XVII.

12.     In an article published in *East: The East Hampton Star Magazine* on December 16, 2019, Schneider wrote of OSG's members:

> We were highly educated, skilled professionals living in the city and going about our lives, many of us with spouses (some involved, some not) and children (who had no involvement, thank God). We were successful business owners, money managers and investors, scientists, doctors, teachers, heiresses, artists, authors. Savvy people. None of us would have been caught dead in a cult, nor did any of us think we were in a cult, exactly.

Millsaps Decl. ¶ 18, Ex. 17 at 5-6.

13.     Schneider wrote that OSG sought to recruit members who were "not already [ ] involved in religious, spiritual, or other groups" because OSG "want[ed] to be their prime place for spirituality." Book at 67.

14.     Schneider stated in a podcast interview posted to YouTube on July 13, 2022, "the big component [of School] was certainly a spiritual life…" Millsaps Decl. ¶ 6, Ex. 5 at 2:06.

15.     Schneider stated in another podcast interview posted to YouTube on November 4, 2022, that, when he joined OSG, members told him "that it was an esoteric school, and that it existed in order to help people, um, uh, get what's known as a second education, which had to do with one's, you know, spiritual life." Millsaps Decl. ¶ 7, Ex. 6 at 6:03.

16.     Schneider said of OSG in a recorded interview at the Shelter Island Public Library that was posted to YouTube on November 22, 2022, "I don't know, has anybody ever been to,

um, like twelve step or AA or things like that?  You know, it's a very serious and almost spiritual solemn vibe, um, where people feel like they're getting something."  Millsaps Decl. ¶ 8, Ex. 7 at 7:37.

17.     In discussing OSG in a video interview posted to YouTube on July 13, 2022, Schneider said regarding OSG, "It's not as extreme as that, like, Jim Jones.  But, you know, Scientology is a cult for sure…"  The interviewer responded, "Well, I suppose there's a gray line there because people could argue that the Catholic Church was a cult.  I mean, it depends where you want to draw the line with the fever of belief and how far you're willing to go with this fanaticism."  Schneider replied, "Absolutely."  Millsaps Decl. ¶ 9, Ex. 8 at 11:15.

18.     OSG's members paid to attend classes and retreats provided by OSG.  Compl. ¶ 23; Book at 38, 106 n.19.

19.     In an interview on the podcast *Who's Here in the Hamptons* posted to YouTube on July 12, 2022, Schneider explained, OSG members "had two meetings a week in the evenings, and we otherwise went about our daily lives."  Millsaps Decl. ¶ 10, Ex. 9 at 3:43.

20.     OSG's classes were based on two foundational texts by P.D. Ouspensky that expound the teachings of Gurdjieff, whose spiritual system "was a combination of Eastern and Western spiritual 'ways.'  He called his system the 'Fourth Way,' which he claimed was unlike the three ways of the ascetics (fakirs, yogis, monks) in that the Fourth Way adherents did not need to leave society in order to attain consciousness."  Book at 32; Newsweek at 3.

21.     Schneider explained in his talk at the Shelter Island Public Library in November 2022:

> Gurdjieff was sort of a Russian mystic who had these esoteric schools, and he wrote a bunch of books.  But the main book about him is called *In Search of the Miraculous* by Peter Ospensky, who was one of his disciples.  And the Fourth Way teaching was created by Gurdjieff, um, he says, based upon, um, you know,

> Eastern philosophy combining it to Western philosophy. And there's a lot of Christianity in there, a lot of Christian principles, but it's esoteric, meaning the deeper meanings of Christianity and other religions.

Millsaps Decl. ¶ 8, Ex. 7 at 19:47. He further explained, "Gurdjieff is, you know, it's esoteric Christianity and Jesus Christ, Christ is like the highest level of man." *Id*. at 38:31.

22. OSG taught Gurdjieff's "self-observation" exercise for aiding an individual to "become fully conscious." Book at 31.

23. OSG taught Gurdjieff's "Self-Remembering," which Schneider wrote "sounded like praying but without reference to a deity." Book at 37.

24. OSG taught a "morning prayer whereby one asks immediately upon awakening, 'God, what can I do for you today?' and to wait for an answer." Book at 163.

25. OSG taught the use of mantras. Book at 113. *Merriam-Webster Dictionary* defines "mantra" as "a mystical formula of invocation or incantation." https://www.merriam-webster.com/dictionary/mantra (last visited November 27, 2024).

26. OSG espoused Gurdjieff's "Three Lines of Work," which Schneider described as follows:

> According to Gurdjieff, in a real School students must be working on 'Three Lines of Work.'
>
> 1. The 'First Line of Work' is 100 percent for you personally. This is your personal work—the self-observation exercises, trying to remember yourself, trying not to identify and so on.
>
> 2. 'Second Line of Work' is where you help your neighbor—in this case other students—to work on themselves while also saying to yourself whatever you say to them: in this way Second Line of Work is 50 percent for the other and 50 percent for you.
>
> 3. 'Third Line of Work' is where you give 100 percent to School—to keep it functioning and maintained in all respects. Gurdjieff insisted that engaging in Third Line of Work helped the other Lines of Work and that by not doing

> Third Line of Work individual evolution was impossible.  The cornerstone of Third Line of Work was to recruit new students.

Book at 65-66.

27.    Schneider emphasized that OSG's leaders "did not invent this: Gurdjieff himself did."  Book at 65.

28.    Schneider further wrote:

> The goal of the Work was to help us to create a single I or to become a unity and rise above all the contradictions and inconsistencies that plague man and mankind and which lead to misunderstanding, war, and suffering.  The Work taught, however, that not everyone could—or would even want to—obtain perfection—i.e., to become what is known as 'Man Number 7.'  But if enough people could reach this height, then they could save civilization.  (In this regard, later on, Fred [a teacher] liked to remind us that because the Work was not for everyone, we should be careful to guard against feeling superior to people outside the Work. 'You are different, but you are not better,' Fred warned us.)

Book at 33.

29.    Schneider also wrote, "Hierarchy was a very important part of the Work" espoused by OSG, with OSG's teachers being the "oldest students, students who have traveled the path and have the knowledge to pass on."  Book at 65, 20.

30.    In his talk at the Shelter Island Public Library in or around November 2022, Schneider explained regarding his 23 years as a member of OSG: "Um, classes were about 50 or 60 people.  Um, but people came and went through the years.  Um, there are some people who've been there 50 years, some people stayed for five nights.  But most people, if they stay a year, will stay multi, multi-years."  Millsaps Decl. ¶ 8, Ex. 7 at 11:51.

31.    OSG members "claimed that their recent successes in their professional and personal lives were attributable to School."  Newsweek at 3.

32.    In an appearance on PBS's *MetroFocus* that aired on August 2, 2022, Schneider said of OSG:

> I think the initial thing, like I say, that drew me in was the support and this community that I found of like-minded people who were also interested in improving their lives.  And we used the tools of the, we called it School or the Work, to sort of improve our lives, and people really felt like we were gaining more confidence, and the people who led the group, at that time, were extremely helpful to us, um, in navigating your young life in New York.

Millsaps Decl. ¶ 11, Ex. 10 at 19:58.

33.    Schneider wrote that when he announced to his OSG classmates in 1989 that he had been laid off from his law firm and was going to open his own law office:

> The applause ended and Fred [the teacher] looked directly at me, the room now silent.  He slowly intoned, "There is a Jewish proverb that 'every apparent curse is a hidden blessing.'  Losing your job looks like a curse if you approach the event from 'life thinking.'  But if you look at this event from the perspective of the Work, you will see that it is a blessing.  With the Work, we can transform the negative into the positive.  Opening your office is a great Aim.  Anything is possible.  With the force of the Work, you will have the wind in your sails."…Fred's acknowledgment of me, and his advice to me in this public setting, was like the rabbi's benediction at the end of the service, with arms outstretched as the congregation bows their heads.  I was being protected, blessed by the Work.  Fred suddenly reminded me of driving with my father—strong, wise, protective, and comforting.
>
> The flow continued: One at a time, several classmates stood up and testified about how the Work and Aims had not only helped them with crises but also with achieving success and finding meaning.  One by one they stood up and comforted me with "Second Line of Work"—helping your neighbor.  Ned, an NYU graduate and painter who sold high-end carpets, said that "this could be the best thing that ever happened to you." Gloria, whose family owned the largest beer brewery in the world, said that the Work was a "blessing."  Barry managed one of the biggest construction companies in the city and told me that with the Work I would become "rich beyond my dreams."  Bonnie was getting her MBA from Columbia in marketing and announced that the "force of the Work" would sustain me.  Thomas, the heir to one of the biggest cosmetic companies, shouted out, "Congratulations," and led a standing ovation like I had just won a gold medal at the Olympics.

Book at 35-36.

34.     In a podcast interview published on September 18, 2022, the host asked

Schneider, "I mean Spencer, listen, you're a successful attorney, you're a smart guy.  Hundreds

of people in [OSG] were educated, successful, yet there was something about [OSG] that drew

you all in…what was the factor that sucked you all in?"  Schneider replied:

> Well, they, they designed it very much to lure people with that background in.
> Now, I'll say, look, anybody can get duped…but I guess what they drew us in was
> this hope of, you know, this education—they called it School, right? It was
> supposedly educational, and it was to some degree.  So, I think that was the hook.
> If they said, oh, let's go to a commune or whatever in the country, nobody would
> have gone.

Millsaps Decl. ¶ 20, Ex. 19 at 3:03.  Schneider further explained that OSG's exclusivity was a

draw.  *Id*. at 4:21.

35.     Schneider wrote of himself and his fellow members of OSG, "We were hungry

for meaning, friends, knowledge, community, answers, support, and a paradigm to help navigate

our lives.  All of this—even a sense of magic—were what kept us coming back for more.  We

believed we were gaining unique tools to improve ourselves…"  Book at XIX.

**OSG's Annual Summer Retreat in Montana**

36.     Some OSG members paid to attend OSG's annual retreat for "more than a week

every summer" on a ranch in Montana.  Book at 99-100.

37.     The retreat attendees would spend part of their time doing physical labor,

preparing meals, and tending to children who came with their parents on the retreat; they spent

the afternoons reading and discussing Gurdjieff commentaries, with Gans Horn explaining, "The

point is not to work on projects—the point is to work on yourselves, with Aim.  This ranch is

about consciousness. Can you feel it here?"  Book at 102, 107-109.

38.     Schneider wrote that the physical work that OSG members did on retreats was

part of the Gurdjieff spiritual practices regarding "individual internal Aims" espoused by the

group, *e.g.*, "To practice non-identification with the body," "To remember myself," "To observe internal complaints," and "to be in 'True Personality,' not 'False Personality.'"  Book at 107.

      39.     Schneider wrote that during one early summer Montana retreat he attended in or around 1993:

> After a few people spoke, I confessed that I had negative thoughts while stripping the logs.  I also admitted that I was having the thought that Sharon should hire someone from Kalispell to strip the logs.  Sharon broke into hearty laughter and everyone else joined.  Smiling, but with those eyes fixed on me like the red dot from a Glock, she said, 'Working hard is a privilege, it's for you, to help you grow internally.  I could easily hire someone to do this work, but what good would that do you?  School is an artificial cosmos.'  I knew this.  And then she continued, 'It's not our fault if negative thoughts come into our head, but it is our fault if we choose to think them.  We have a choice to select other thoughts and not think those thoughts.  These negative thoughts are just like little birds in your head—just let them come in one ear and out the other.'
>
> I wondered whether I could actually select thoughts that were positive.  It seemed like a game changer.  The high altitude, hard work, and little sleep made me loopy, drunk.  This spectacular, isolated setting; this intimate group of Sharon's twenty closest, best students.  I was here.  It all combined to make this moment overwhelmingly powerful, magnifying every remark, gesture, statement, and look Sharon gave.

Book at 109-10.

      40.     Schneider wrote of OSG's Montana summer retreat, "It was casual and fun in the homey dining room.  Like summer camp, but with much better food."  Book at 108.

      41.     Schneider wrote of an evening at OSG's Montana summer retreat in 1993:

> When Sharon entered, we stood, and when she got to her seat at the head table, we joined hands and waited for her to select someone to say grace, an honor bestowed upon someone for exceptional work that day.  Then we dined on grilled steak, corn on the cob, and red wine.  We spent hours eating, talking, laughing, someone would play guitar or sing or play piano.  At around 11:00 p.m., Sharon quieted the room for the evening meeting, the bookend to the afternoon commentary meeting.

Book at 99, 111.

42.    Schneider wrote of the summer retreat in 1996:

The Montana days were long and hot.  But we were relaxed, joked, and didn't constantly remind each other to remember ourselves or work on ourselves.  It didn't even feel like we were doing the Work…Exhausting but exhilarating, we were like a machine—a single cosmos interconnected and acutely aware of each other's movements just as a person is aware of the tip of their head down to their pinky toe.

Book at 126.

43.    Schneider wrote of a moment on the 1996 retreat when the group was having a

discussion with another retreat participant, "Brian," who had returned from the hospital after an

injury:

I had one of those moments where I took a stop to grasp the situation and my setting.  What would an outside observer see, hear, and perceive if they were in the room?  Here I was, sitting in an oversized log cabin with a large group of highly educated, intelligent friends, who were lucky enough to be in this beautiful and sacred place and have Sharon all to ourselves.  Like Montana, Sharon was wild and unpredictable and fierce but this is where I belonged and wanted to be.  The room was alive—the vivid colors, the smells of the dinner, the coffee percolating, the hunting trophies on the wall, the view of the majestic mountains out the window, the sun barely set at 10:00 p.m.  It was like a dream, but it was real.  I had the simultaneous understanding that nobody on the outside could possibly make sense of this.

Book at 128-29.

44.    Schneider further wrote of the 1996 retreat:

This Retreat—and the kind of help Sharon was now giving us—was a reflection of how far we had come in the Work.  Initially, Sharon's help consisted of advice on things like our jobs, love lives, and family lives.  But now she was giving us commands or directions regarding a much deeper territory.  That is—our minds, psychology, and how we looked at the world and ourselves.

I saw this as a positive and a privilege.  We were now doing more 'advanced work' because we had reached a higher level of apprenticeship.  We were now deserving of Sharon's instructions, something we knew she wouldn't offer unless we were ready.  By this time, and on this particular Retreat—what with the incident with Brian—we had experienced a collective deepening awe of Sharon and her powers.  We welcomed her further into our lives; it was an honor.

Book at 131.

45.    Schneider wrote of a subsequent Montana retreat: "In the summer of 1998…This Retreat—like the last two—no longer involved heavy-duty construction or demanding physical work.  Now we engaged in projects such as painting or staining the dozen log cabin structures, making minor repairs, and performing light maintenance of her ranch."  Book at 144.

**Schneider's Voluntary Participation in OSG for 23 Years**

46.    When Schneider joined OSG in 1989, he "was a 29-year-old lawyer working for a Manhattan corporate law firm.  [He] lacked nothing. [He] came from an affluent family in Long Island, had lots of friends, and played bass in a bar band on weekends."  Newsweek at 1.

47.    In a video podcast interview posted to YouTube on July 26, 2022, Schneider said of his background and circumstances at the time he joined OSG:

> Well, like you said, I'm a nice Jewish boy from Long Island.  Had every privilege I could ask for. Great family, great friends.  Had a great education.  Went to law school in Manhattan.  Had a great job.  And, you know, friends and a happy, successful life.  Um, um, there was nothing particularly, I would say, that left me vulnerable or open to joining a cult, for sure.
>
> I mean, I would never consider joining anything, you know?  I mean, I wasn't even in a frat in college.  You know, I was like super independent, and I wasn't looking for anything, um, but I think there were two things that were going on which were, uh, in my life.  I was working really hard and didn't have much going on in my life beyond my job, and I also, um, you know, was very, um, interested in, you know, like doing other things in my life.  You know, just, so I was playing in a band, I was, you know, spending more time on vacations and doing what I can to be out of New York and whatnot.

Millsaps Decl. ¶ 12, Ex. 11 at 1:39.

48.    On January 6, 2022, Schneider wrote of his early life on his Blog: "Seven years before I was brought to the cult, I had received a BA in philosophy at a fancy University.  Four years before coming to the cult, I had received my law degree, then passed the bar, and then

joined a fancy Wall Street law firm.  A well-educated bright and savvy Jewish guy raised in New York."  Millsaps Decl. ¶ 4, Ex. 3 at 7-8.

49.     In a video interview posted to YouTube on July 13, 2022, Schneider said of his background and circumstances at the time he joined OSG: "I was 29, living in New York, working for a big law firm.  I had a, you know, unremarkable childhood in that I have, you know, very loving parents, a good background, and um, you know, went to great schools, and, you know, not wanting for anything in my life.  And then I got invited by an acquaintance, a guy I respected, also another professional, to go to what he called an esoteric school."  Millsaps Decl. ¶ 9, Ex. 8 at 1:20.

50.     In another video interview posted to YouTube on November 4, 2022, the interviewer asked regarding Schneider at the time he joined OSG: "But you were not really in a needy kind of a situation if I have this right, yeah?"  Schneider replied, "Not really.  I mean, I think I was, um, disenchanted, uh, in my work in the sense that I was working so much, and I was reassessing, like, well, was this corporate law thing a good idea?  I'm working all the time. I'm not having any fun.  And I was sort of reassessing what, what would give me meaning in my life."  Millsaps Decl. ¶ 7, Ex. 6 at 10:49.

51.     In a video interview apparently recorded in 2022 but posted to YouTube on October 9, 2024, Schneider stated that he accepted an invitation from an acquaintance to attend his first OSG class because Schneider did not want to "hurt[] his feelings because he said this thing was very important for him and he loved it," but that Schneider did not "think it was intentionally, knew, that he would, you know, get me in because of guilt…"  Millsaps Decl. ¶ 13, Ex. 12 at 17:37, 18:18.

52.    In a podcast interview posted to YouTube on December 17, 2021, Schneider said

of his decision to accept the invitation to attend an OSG class:

> But I was a philosophy major. And I, you know, intellectually minded; I loved
> the idea of learning again, sounded interesting. And I liked this guy a lot. He was
> smart. He went to Harvard and Stanford. And, you know, he was an architect, he
> was a real normal type of person who wouldn't be in a cult. That's why I called
> him back. There's no way he would be in a cult, you know. So, he took me to, a
> couple nights later, we met at a really chic bar in the city.

Millsaps Decl. ¶ 19, Ex. 18 at 12:47.

53.    Schneider said of attending his first OSG class, "Um, he took me up to a loft

space and there were about sixty people who were milling about, and there were a bunch of

white people like me basically, you know, in suits and ties and had just come from Goldman

Sachs and law firms, and there were lawyers and bankers and people like me. I was relieved."

Millsaps Decl. ¶ 13, Ex. 12 at 18:54.

54.    Schneider wrote that, at his first class, a teacher explained OSG's "guidelines and

rules" to Schneider and other new students:

> These same rules, we were told, have applied to all esoteric schools throughout
> the ages. They were for our benefit—to help us evolve.
>
> He continued, in his composed manner, 'The first and most important rule is
> invisibility. Esoteric schools are hidden and invisible by their nature. For the
> knowledge to be protected, it must remain invisible. You should not discuss the
> ideas or knowledge outside of class with anyone. It would be a 'leak'—it drains
> your energy, an idea you will learn about later in your month's experiment.
> Invisibility is for your own benefit. And it is also essential for the protection of
> School and for everyone who attends…
>
> 'There is a rule against fraternizing with other students outside of class,' Simon
> said. ' No phone numbers are to be exchanged. There is an hour of silence to
> maintain immediately after class ends—use it to reflect on class and let the
> knowledge sink in. Also, when you leave here after class, you are to go your
> separate ways…
>
> Classes started at seven, and Simon told us we had to arrive ten minutes early. He
> said we needed to 'leave our days at the door.' Each class would begin with

twenty minutes of 'body work'—light movement exercises designed to help 'loosen your body.'  On alternate nights we would learn and practice the tai chi movements.  Classes were to last until midnight, although sometimes they could run later.

He added there was to be no drug use, as it was 'detrimental to evolution.'  This wasn't applicable to me because I no longer smoked pot or did drugs. The rules sounded random, but the explanations were reasonable.  When some of us questioned Simon, he suggested we not take the rules on faith but verify whether they helped us and 'our inner development.'  Fair enough.  He also emphasized that membership in School was voluntary and that we weren't obligated to stay.

Book at 25-26.

55.     In a video interview posted to YouTube on July 13, 2022, Schneider said of the

first OSG class he attended:

So they were talking about the philosophy of Gurdjieff, which meant nothing to me, which is basically this theory I think was popular in the 60s, also.  And that's where the leaders found it. Which is, you know, I can't describe, it's kind of, I guess it's kind of New Agey philosophy and has its own cosmology, and, you know, it's kind of interesting.  You know, how to improve your life, tools to navigate life.

The interviewer continued, "So it's like spiritual awakening, kind of, maybe meditation type

thing, that sort of environment?"  Schneider replied, "Exactly."  Millsaps Decl. ¶ 9, Ex. 8 at 4:37.

56.     In his article published in *East: The East Hampton Star Magazine* on December

16, 2019, Schneider wrote of the first OSG class he attended:

My suspicions were allayed because everyone looked normal, and I noticed no kids in rags with faraway gazes.  And then the class began.  Out from an office door walked a woman in her early 60s, escorted by a large man in his 40s who resembled the 1980s late-night host Tom Snyder, but with a nervous twitch.  The class stood at attention as the woman was helped by Tom Snyder (who actually turned out to be the now-deceased Frederick Mindel, another teacher at School) into her recliner.  She pulled the lever and eased herself back.  This was Sharon Gans.

She revealed nothing about herself, not even her last name. Nobody recognized her her part in the 1972 sci-fi classic *Slaughterhouse Five,* or from the Off-Off Broadway plays she'd acted in during the 1960s.  Her hair — piled high and

> bright orange-red — framed a pale face. She had a hawk-like nose and penetrating turquoise eyes. Wearing a floor-length low-cut dress with gaudy jewelry and makeup, she looked like a character from a John Waters movie. But she was well-spoken, intelligent, confident, funny, and full of energy. She had a madcap air (or perhaps an air of madness) about her. I was fascinated.

Millsaps Decl. ¶ 18, Ex. 17 at 9-10.

57.     Schneider wrote of his first OSG class, "I couldn't follow the inscrutable discussion and there was nothing remotely interesting about this," so he got up and left halfway through. No one attempted to stop him from leaving. Book at 27.

58.     Schneider returned to his second class, however, and chose to continue as a member of OSG after attending a free month of classes. Compl. ¶ 57; Book at 29-38.

59.     In a video podcast interview posted to YouTube on July 26, 2022, the host asked Schneider, "So you were, you were able to sort of get out after that first month, it was sort of like a trial period?" Schneider replied, "Yeah, well you can get out whenever you want. I mean, you're not locked up, it's just going to meetings twice a week. Plenty of people don't go back after the first night, and plenty of people go for a year or two or three." Millsaps Decl. ¶ 12, Ex. 11 at 6:55.

60.     In a video interview posted to YouTube on November 4, 2022, Schneider said of OSG's classes, "We read the [Ouspensky and Gurdjieff] books, we came in with questions about the books, and then we started to talk a little bit about our personal lives and everyone, you know, brought in questions and the idea was to apply the ideas to your life." Millsaps Decl. ¶ 7, Ex. 6 at 15:08.

61.     In a podcast interview published on September 18, 2022, the host asked Schneider, "you talk about sharing your personal life, I mean, how many people were in the room? I'm not sure that I would be busy sharing my personal stuff with, you know, a group of

fifty people."  Schneider replied, "Yeah, I mean, it was sixty people in the room…and, you

know, you create this sort of safe environment, um, where you feel you can say anything, and

people do.  Um, but the advice [from teachers] was often outlandish and seemed counterintuitive,

but people followed it because of this belief that the group really gave you this sort of edge in

life."  Millsaps Decl. ¶ 20, Ex. 19 at 12:53.

      62.    In his article published in *East: The East Hampton Star Magazine* on December

16, 2019, Schneider wrote:

> I started to look forward to coming to classes.  I had a bachelor's degree in
> philosophy, and they provided some of the intellectual rigor I missed from my
> college days.  We read and talked and debated about ideas, ideologies, ways of
> living.  Some of the Work teachings seemed practical and helpful.  'Internal
> considering' was the concept for worrying what people thought of you and
> offered a way not to.  'Self observation' was the act of trying to reflectively step
> back and seeing what thoughts, emotions, and sensations one was experiencing at
> any given moment. Each month we each made a new 'aim' to focus on some new
> interest outside of class: taking dance lessons, learning a new instrument, or
> building a chair; if we wanted to, we could present our new skills in class.  We
> also functioned as a book club of sorts.  When not reading the books of
> Ouspensky and Gurdjieff, we would read something like *The Odyssey*.  Because
> we were encouraged to make ideas practical, some of us met in the early morning
> by the East River to experience the 'rosy-fingered dawn.'

Millsaps Decl. ¶ 18, Ex. 17 at 12.

      63.    Schneider continued:

> At the time, I had just started my own law practice — a bold and scary move.  I
> was able to discuss this in our classes and received encouragement from
> the teachers.  My classmates were successful in their own walks of life,
> thoughtful, kind, and intelligent.  I wasn't so lonely anymore and certainly not
> bored.  Spending time many evenings in this environment created a unique
> community — a supportive community bound by a desire to grow in a spiritual
> sense.  I came to feel that only with people in School could I experience this kind
> of community.  And this filled a void I hadn't known I had.

*Id*. at 13.

64.     Schneider further wrote, "For many of the 23 years I was in School, I thought it was great and that the more I worked on myself the happier I would be.  It was only later that I concluded that the Work ideas were of no utility, a placebo at best, leading to nothing."  *Id*. at 16.

65.     Schneider wrote of his participation in OSG, "Struggle was part of it, and I accepted it, even began to embrace it.  I was free to leave at any time.  Nobody pressured me to stay in [OSG].  I wanted to be there."  Book at 45.

66.     Soon after he joined OSG, Schneider was laid off from his job at a big law firm; he wrote, "I found incredible support from this new community and was encouraged to start my own law firm.  I became successful in my practice and I believed, as the teachers suggested, I owed it all to School.  My classmates also claimed that their recent successes in their professional and personal lives were attributable to School."  Newsweek at 3.

67.     In a video interview posted to YouTube on November 4, 2022, Schneider said of his decision to join and participate in OSG:

> And in the first month, um, I lost my job and that was a crisis for me.  Um, and they were extremely supportive to me that first night.  I'll, I'll never forget that.  And encouraged me to, um, you know, open my own law practice, which I did.  And that alone really, uh, snared me in a certain way because I felt that the support and love that this group gave me, gave me the strength to carry on.  And I felt I owed my initial success to this connection with them.  And I was afraid, you know, I became to be, I, I came to be afraid that if I left the group, I would lose that support and my business would, um, go away.  This was a fear that carried me along for a long time.

Millsaps Decl. ¶ 7, Ex. 6 at 15:27.

68.     In the same interview, Schneider further said of OSG and its members, "I mean, they became a support system, unlike anything that I had had before because, uh, you know, they were extremely, um, non-judgmental and forgiving and lovely and kind…"  *Id*. at 16:42.

69.    In a podcast interview published on September 18, 2022, Schneider said "Boy, I got a lot of support, and a lot of love from people, other members in the group, the leaders, and it really formed a great impression.  And, you know, like I say, you know, it was a bit like falling in love with them."  Millsaps Decl. ¶ 20, Ex. 19 at 7:37.

70.    Schneider wrote of his life during his early years as a member of OSG:

> To be sure, there were other things happening outside [OSG] that I attributed to the powers of the Work and strengthened my devotion.  I started dating someone seriously for the first time in years.  I had known and liked Kathy since high school, but now—suddenly—she was showing interest in me, and we were having a great romance.  Similarly, on my thirtieth birthday, my old friends threw me a surprise party, something that had never happened before.  I was making new friends who were also working musicians who I admired, and they were inviting me to gig with them.  Law clients were rolling in.  Life was good.  The Work was working.

Book at 40.

71.    Schneider additionally wrote, "There was something else that kept me coming back to classes: I enjoyed talking about the ideas of Gurdjieff and Ouspensky.  The discussions were stimulating, the students and teachers were inquisitive, and I got to study and read something besides the law.  It was like all my favorite college classes, except practical."  Book at 40.

72.    In a podcast interview published on September 18, 2022, Schneider said that by participating in OSG he felt "special" and a "sense of superiority" because he was learning things that nobody else knew.  Millsaps Decl. ¶ 20, Ex. 19 at 10:51.

73.    Schneider wrote of a class led by Sharon:

> On her next visit a couple weeks later, Sharon opened the class by inviting people to ask 'question about your being and the Work.'  Kim had been in School longer than the rest of the class and had an air of superiority.  An attorney, she had once clerked for a United States Supreme Court Justice.  She rose and asked Sharon for advice about her boyfriend and whether she should marry him.  Sharon responded, 'I don't tell people what to do.  That's not what the Work is about.

We can talk about what your Aims are, and we can talk about how you can use the Work as a lens to see your life.' Sharon asked Kim questions about her boyfriend, what her hopes were, what her objections were. As Kim spoke, Sharon listened closely. Then she analyzed Kim's life, her upbringing, her past love affairs, and her boyfriend. The conversation lasted for about an hour. It was moving, uplifting, and emotional for Kim, and for me.

Book at 55.

74.    In the same class, Schneider asked Sharon a question; he wrote regarding her response, "This odd stranger's words had entered my heart, simultaneously frightening and delighting me. I was becoming more convinced than ever that School, that this Work—this mysterious source that filled me with wonder and awe—held the key to happiness, certainty, and order." Book at 55-56.

75.    Schneider further wrote of his life outside of OSG in the early years:

My and my classmates' lives outside of School at this time were just like any New Yorker's.

I went to my office every morning, downtown in Tribeca. I worked in a loft on Thomas Street. I'd take the 2 or 3 train from my apartment on Fifth Avenue and Twelfth Street around 8:30 a.m. I shared the office with Joel and three other lawyers. A commercial litigator, I tried business cases: disputes between companies ranging from breach of contract to partnership disputes to intellectual property to real estate cases. For a couple of years, I also represented indigents facing criminal charges as a part-time public defender. After work I would usually come home and make dinner or order in Chinese food from the Cottage on Christopher Street or hamburgers or diner food from Joe Juniors on Sixth Avenue. On Fridays, the guys in my office would head down to the Odeon for drinks and try to pick up women at the bar. I still smoked about two and a half packs of cigarettes a day. I never worked out. At Morton's suggestion, I bought a car and went out of town on weekends, sometimes going with friends to ski upstate or to the beach in the summer.

Book at 81.

76.    In 1990, Schneider also began attending acting classes provided by one of

Sharon's friends, "Joshua."  He wrote:

> Within several months, acting classes and performances became the center and
> focus of my social life.  Joshua and my fellow acting classmates became my
> closest friends.  My daily routine outside School was not much different now than
> it had been before.  My new office was in Tribeca on Thomas Street.  I had
> managed to attract enough clients to sustain my standard of living.  I was still
> playing in the band with Joel, and I was dating women outside School.  But the
> acting classes and performances were what I lived for.  All the while, the Work
> and School were working profound changes on my identity.

Book at 61.

77.    Schneider wrote of OSG's Christmas celebration in 1992:

> School had spent the entire night and early morning dancing, feasting, celebrating
> during this most fecund, miraculous time—Christmas—where we celebrate the
> birth of a conscious man.  As students—no two the same, coming from the
> heavens—we were also creating a cover, a protection over a dark and hard world.
> The 1992 Christmas "Class" was just letting out.  It had been a miraculous night,
> further binding our community, our devotion to School, its teachers, and Sharon.
> On the empty pre-rush-hour subway back home, I was overcome by serenity and
> well-being.  It's a rare feeling, a long-lost feeling.  I wanted to spend the rest of
> my life in the Work—protected in the secrecy of School while going about my
> life as a New Yorker.  I wanted, as Fred [a teacher] would say, to have my life
> blend or integrate with the Work.  I would be helping to save civilization, to save
> the planet.  Such was the affirming effect of this sublime Christmas Class.

Book at 93.

78.    Schneider formed a band, "The Fellas," with three of his OSG classmates,

including one who "lived in a four thousand square foot loft in Brooklyn—the entire upstairs of a

building that housed an auto shop on the ground floor.  It was an ideal place for practicing."

Schneider further wrote of the group: "We gelled.  All original music.  Three excellent

songwriters with different styles.  The goodwill and camaraderie that we had were a big part of

it.  School made us close.  And we got closer.  'The Fellas' became my closest friends in and out

of School."  Book at 121.

79.     In 1995, Schneider asked a classmate, "Linda," "if she wanted to get together outside class, and she agreed."  Schneider wrote, "It was a big deal for me.  Although I'd had romantic relationships with a few other women inside and outside class in the past years, Linda was different because I wanted it to be serious."  Book at 122.

80.     Schneider further wrote of his relationship with Linda: "We visited her family several times in New Mexico and she met my mother, Matthew [Schneider's brother], and sister-in-law Melissa, and some of my old friends.  We spent almost every night together.  In nine months we were engaged…I was 35 and wanted a family. This relationship promised to be different than any I could have with a woman outside School."  Book at 122.

81.     Schneider wrote that, though Sharon had approved of the engagement, Sharon:

> later told me not to marry Linda.  She felt that we didn't have 'enough in
> common.'  She said it wouldn't 'work out,' and this persuaded me to break it off.
> Linda was relieved when we ended it.  Sharon said—implying she had something
> or someone else in mind—'Spencer, there are other women better suited for you.'
> Still, I was heartbroken and disappointed, believing that I wasn't destined to find
> a mate.  I was pushing thirty-seven, which, according to Sharon, was an age by
> which it was 'essential for a man to get married because of the celestial influences
> pouring down.'  I believed Sharon and Jimmy were in my corner.

Book at 123.

82.     Schneider wrote that in "the Fall of 1996—just after Linda and [Schneider] broke up," Schneider's OSG classmate and friend, "Seth," "invited [Schneider] to bring [his] bass to a dance studio and help him accompany two dancers—his wife, Sara, and a woman named Beth, another student [referenced as "Student #1" in Schneider's Complaint].  Beth had recently been invited back to School by Sharon, years after Sharon had kicked her out."  Book at 137.

83.     Schneider wrote that around that time, Sharon said to Schneider after class one night, "Think about getting together with Beth.  You would be perfect together."  Book at 137.

84.     Schneider wrote, "When I told Sharon I wanted to date Beth, she was ecstatic and told me, 'You will love Beth's children, they are exactly like her.'"  Book at 138.

85.     Schneider further wrote:

> I was almost thirty-seven, the age by which Sharon expected us to be married.
> Sharon asked me how things were going with Beth and whether we were serious.
> Even though I wasn't very attracted to her physically (and she wasn't very
> attracted to me), I started to think that maybe she could be the School soul mate
> Hazel had wished for me and that—through the Work—the physical attraction
> would grow over time.  I also wanted to please Sharon, who knew what was best.
> Within months, Beth and I got engaged.  Sharon was thrilled.  The whole School
> was thrilled.  Beth knew that I wanted my own child and even though she was
> forty-two, she agreed.  Within months, we were married.

Book at 138.

86.     Schneider's mother and brother—who had "met Beth a couple of times before the wedding" though they were not members of OSG—and a handful of Schneider's "close cousins," also not members of OSG, attended his and Beth's wedding in or around 1997.  Book at 138.

87.     After the wedding, Schneider "moved into Beth's apartment with her teenage children."  Book at 139.

88.     Schneider wrote that, in the winter of 1998, Sharon called him to say that she did not like the idea of Beth getting pregnant at her age, suggesting instead that Schneider "impregnate [Beth's daughter], she can carry the baby, and you and Beth can raise the baby as your own."  Book at 139.  Schneider wrote, "It was repugnant and I never considered it for a second.  But I did overlook it.  Not because I thought Sharon was demented but because I thought, in my compromised condition, that Sharon was a free spirit—uninhibited and unrestrained from all conventions—and that someone of her 'hippie mindset' would of course recommend this.  I gave her a pass.  A big one."  *Id.* at 140.

89.     In none of Schneider's prior published writings or recorded statements did Schneider mention any repercussions from his rejection of Sharon's suggestion described in paragraph 88, *supra*.

90.     In 1999, "Beth gave birth to [her and Schneider's] healthy son."  Book at 140 n.25.

91.     The following year, another OSG member, "Podonok" (referenced as "Student #2" in the Complaint)—a "savvy developer, he had a big vision and big ego (he always put his name on his buildings)"—hired Schneider to represent him.  Schneider wrote:

> In 2000, Podonok asked Sharon for permission to hire me.  She consented.  We met over lunch daily at his club.  He wanted me to help him with a new business he was opening that would buy distressed real estate.  He said he admired my skills.  I liked his intelligence and fairness.  I signed on.  We succeeded on the first deal.  And the next one, and then the next one.  Within a short course his business went from a value of less than $1 million to over $1 billion by dint of these wins and his ability to attract new investors with this track record.  And in no time Podonok became one of my biggest and most lucrative clients.  We also became friends.  He was lonely and self-centered and the only joy in his life seemed to come from his job.  Not unlike Sharon herself.  The work we did was exciting, and we worked well together.  Sharon was happy for both of us, telling me that Podonok 'used the ideas of the Work in his business—that is why he does so well.'  Another teacher told me that 'Podonok will make you a lot of money.'

Book at 152.

92.     Following OSG's summer retreat in 2000, "Jimmy" convened a group of OSG members, including Schneider and Beth, to discuss leaving OSG to start their own Gurdjieff study group.  Schneider wrote that:

> In the second class after we were back, Jimmy walked into class and announced, "Sharon and Robert are not my teachers anymore.  I do not believe that they represent the ideas of the Work.  I will be leaving School to study independently, and I welcome anyone here to come with me."  Jimmy spoke for a few more minutes and left.
>
> Having thrown down the gauntlet, Jimmy now expected the rest of us to join him.  Some left immediately. About a dozen students from other classes left as

well…Jimmy also called me and pressed me to leave and join him.  I couldn't commit because I wanted to make a joint decision with my wife.   Plus there was Podonok: I didn't want to lose his new business.

Book at 161.

93.    Notably, Schneider wrote of no efforts by anyone in OSG to prevent any members

from leaving with Jimmy.  To the contrary, he wrote:

Beth and I were still torn but decided to go to class the next night.  Robert [a teacher] had come in from Boston to do damage control.  It was somber.  He explained that Jimmy had lost his mind and that nobody should contact him. Robert solicited people's views and thoughts and most expressed sadness and disappointment but overall reaffirmed their commitment to School and the Work and Sharon.  After class, however, Robert asked everyone who had been on Retreat to stay and meet with him.  Robert wanted to cheer us up but not everyone could be cheered.  That was the last time I saw Sara and Norma in class—they left and never came back.

Book at 162.  In none of Schneider's prior published writings or recorded statements did

Schneider mention any attempt by Defendants or any other OSG members to stop Sara or Norma

from leaving.

94.    Schneider wrote that he discussed leaving OSG with his wife, Beth, at that time,

but:

Ultimately, Beth didn't want to leave.  Her connection was too deep.  She cried to me, 'I've been with Sharon so long in School.  If I left it would be like admitting I wasted my whole life on a fraud.'  I said that we were 'throwing good money after bad' by staying.  But she was adamant.  She wanted to stay.  I agreed.  We had a son.  I wanted to keep our family together.  I didn't want to leave without her, because that would have ended our marriage.  After that night, Beth and I never discussed the subject of leaving School.

Book at 162.

95.    Schneider wrote that soon thereafter, in 2000:

Sharon promoted those of us from Retreat who stayed to become leaders of study groups we held during class.  She even promoted some to teachers: both Kim and Beth were now full-fledged teachers.  It was the ultimate honor.  This lifted Beth's morale.  Beth was now my teacher.  Some of us were made 'sustainers,'

> which meant that we were each assigned three new students. As sustainers we were to hand in weekly reports about our conversations with our charges. That's when I realized how Sharon knew so much about me in the early years. Sustainers were spies. I asked to be relieved as a sustainer. I also asked to be relieved as a study group leader.
>
> But I was resigned to my fate—I was in School for better or worse. I decided to make the best of it, including trying harder to do all the exercises and practice the Work ideas. I also tried to build new friendships with other men in class. I hoped that without all the unrest, School would get better—only the more serious students were left; I secretly hoped that Sharon would retire and disband School.

Book at 163-64.

96.     Notably, in none of Schneider's prior published writings or recorded statements did Schneider mention any repercussions after he asked to be relieved as a "sustainer" and a study group leader.

97.     In his article published in *East: The East Hampton Star Magazine* on December 16, 2019, Schneider wrote, "Every new recruit in School was assigned a sustainer, who, like an Alcoholics Anonymous sponsor, would be there to talk to the student outside of class time." Millsaps Decl. ¶ 18, Ex. 17 at 11.

98.     Schneider wrote that, in early 2002:

> I found a website, culteducation.com, run by someone named Rick Alan Ross, a leading cult expert. He posted an essay written by former School members. I had mixed feelings. While the essay contained accurate facts, I didn't think School was a cult…I suspected—as Sharon said—that the former students had an ax to grind, were disgruntled, and they could not be trusted. But I couldn't un-remember what I had read, and the seeds of my unraveling involvement in School were planted.

Book at 164-66.

99.     After noting this incident in early 2002, Schneider's Book devotes only five pages to the remainder of 2002 to 2009, offering an undated tableau of scenes from class, which he wrote was "The Sharon Show" and that "[h]er audience winnowed to the loyal, desperate, and

the hooked; they were imprisoned in her interactive, immersive show." Book at 167-172.

Schneider wrote that Sharon humiliated students in class, and that her "approach to trauma was

like Nancy Reagan's direction to kids to 'Just say no' to drugs. Sharon [told] those with trauma

to 'Just get over it.'" *Id*. at 171.

100.    Notably, Schneider wrote nothing of OSG's retreats or "labor" by himself or other

OSG members from 2003-2009, and Schneider wrote nothing of any threats of any kind by

Sharon or anyone else in OSG during this time. Book at 167-72.

101.    As of 2009, Schneider wrote, "I had my foot out the door for almost a decade,

ever since Jimmy, Seth, Peter, and the others left. But I'd been shackled by an arranged

marriage to Beth and one of my biggest clients, the real estate tycoon Andre Podonok." Book at

175.

102.    Schneider wrote of his marriage as of 2009:

> Our thirteen-year marriage was unraveling. It had been for a while. There was no
> real foundation. We'd married quickly. Under pressure. We never recovered
> after the exodus of our friends many summers before. Beth's decision to stay
> showed me that School was more important to her than I was. And she knew I
> knew that. Beth had put our marriage second to School. And Sharon's promotion
> of Beth to teacher status had placed me as second to Beth. Sharon was an
> untenable third party in our marriage, making any problem, any issue, a matter for
> public consumption.
>
> My belief and hope that passion and intimacy would grow in our marriage was a
> mirage. Beth and I were unhappy, regretful, bitter, and lonely. We were
> suffering. But despite all that, I viewed divorce as a personal failure and
> shortcoming, as well as a disappointment to Sharon. I preferred to be in a
> loveless, sexless marriage than not in one at all.

Book at 177.

103.    Schneider wrote that Beth informed him "on a random weekday night in 2009"

that she had hired a divorce lawyer, and that the next morning Sharon called him at his office to

say, "That's ridiculous. No. You two need to work it out without lawyers. Call Beth now and

tell her I want you to both come over to my house this afternoon and we can get all the terms

resolved in half an hour." Book at 178-79. Schneider wrote that he asked Sharon what she

would suggest, and:

> She described one-sided scenario [favoring Beth] of which no judge would
> approve, no parent would ever agree, and no child would be able to survive.
> Having seen Sharon's sick mind operate like this with so many other students, I
> was ready for something like this—but it was the first time she ever tried to
> impose something so wretched on me. So I countered, 'Sharon, with all due
> respect, I cannot agree with that. It's not fair and it's also not legal. NO judge
> would ever go along with something like that.' She fell silent. I told her what I
> wanted and what was fair. She volleyed back, but her position was weak. Over
> the next couple of months, Beth and I finalized the terms (without any input from
> Sharon), putting the best interests of our son first. But Sharon's deplorable
> interference in this aspect of my life—and my son's—further cracked my faith in
> her. Of the final three straws, this was the first.

*Id*. at 180.

104. Rejecting Sharon's suggestion, Schneider hired his own lawyer and obtained joint

custody of his child with Beth approximately three years before he left OSG. Compl. ¶ 120.

105. Notably, in none of Schneider's prior published writings or recorded interviews

did Schneider mention any consequences that followed from his rejection of Sharon's

suggestion. Rather, Schneider recalled:

> The divorce unshackled me from my insulated marriage—Beth did not like to
> socialize with any of my old friends or family. The first thing I did was to
> reconnect with them. I began to spend weekends with Joel in Brooklyn and I
> would go the [sic] east end of Long Island with my old friend Colin and his
> family. I also rekindled my relationship with Matthew and my mother. They
> treated me as if I hadn't been absent all those years.

Book at 180.

106. Following his divorce in or around 2009 until he left OSG at the end of 2012,

Schneider wrote that he split his time between his Manhattan home and a "small weekend place"

that he bought on Long Island. Book at 181. He wrote, "I still went to class twice a week.

Other than Podonok, I didn't see or speak to anyone from School outside class, and that was fine

with me." *Id*. Schneider also wrote that he joined a swim team and socialized with its members

outside of OSG during this time. *Id*. at 181-82.

107.    Notably, Schneider did not mention in his Book (or any other writings or

interviews) attending any OSG retreats or doing any "labor" for OSG from 2009 until he left the

group around the end of 2012. *See* Book at 177-92.

108.    Schneider wrote regarding his relationship with Podonok (Student #2 in the

Complaint):

> By 2012, I was working almost full-time for Podonok: his business had grown,
> and we relied on each other. I still had my own office uptown and other clients,
> but now he was one of the biggest. The dynamics changed. He made
> extraordinary demands on my time, wanted me to handle personal matters for
> him, was getting slow in paying me, and started to use Work ideas, guilt, and his
> connection with Sharon to manipulate me. He thought he owned me. He
> did…Podonok was shrewd and knew how to handle people, especially when he
> felt he had the upper hand. He knew that I was highly dependent upon him for
> my income. I was a kept man.

Book at 183.

109.    Schneider wrote that the New York State Attorney General's Office ("AG")

came to examine Podonok's business records in 2012, and that Podonok was "dismissive of the

investigation." Book at 183-84. Schneider wrote further:

> One day, the AG examiners and their supervisor called Podonok and me into the
> conference room, shut the door, and cross-examined us about School. They
> wanted to know about Sharon, what School was like, whether it was hierarchical,
> why it was secretive, what we studied, and several other questions having nothing
> to do whatsoever with anything. It seemed intrusive, unnecessary, and designed
> to harass us. But it had a terrible effect on me: it got me even more paranoid and
> anxious than I already was, thinking that they were on to something about
> something and that I had done something and that they were going to hold this
> something against me. I didn't come to class for about a month: I was afraid the
> AG or the FBI was following me and tapping my phones. I had images of them
> going through my trash.

Luckily, however, the meeting was the last time they asked about School or Podonok's involvement with School. It now became clearer, however, that the AG was no longer interested in School but was now questioning other aspects of Podonok's business. Podonok insisted that he had not done anything wrong, and he wanted to fight. But I was concerned that the government's resources were unlimited and that he could avoid the huge expense and distraction of a fight by paying some nominal amount without admitting he'd done anything wrong and moving on. A proud man, he considered that option to be defeat and viewed my position as a betrayal. Podonok had a binary view: either you were loyal to him, or you were not. I'd crossed his line and now I was in danger. He was capable of anything and might even try to scapegoat me with the AG.

I became so anxious I could barely eat. When I could sleep I was having nightmares. So I decided to call Sharon. Podonok and I frequently consulted with Sharon concerning our business together and she'd gladly offered advice throughout the years. She also successfully mediated a couple of times when Podonok and I had disagreements.

*Id.* at 184-85.

110.    Schneider wrote, however, that Sharon refused to get involved this time, which was "the penultimate straw" that pushed him to leave OSG. Book at 185.

111.    Schneider wrote that, following his conversation with Sharon:

The next morning, walking across West Fourteenth Street on the way to the subway from the pool, I was obsessing about Podonok. He was no longer listening to me, and I believed he was headed to a risky, expensive, and senseless battle with the AG…Plus he was now holding back payments from me out of spite (and I surmised) with Sharon's blessing. I hadn't eaten in twenty-four hours. I was losing four pounds a week. I had to escape his orbit and I started to plan my escape from him and try to rebuild a law practice. But for some period— and I didn't know how long—I would have very little income, or business. I had to plan for the worst case, calculating how much I had in the bank to cover my rent, my child support payments to Beth, my mortgage, and all my other expenses. I figured I had about twelve months before I'd be broke. I didn't think I could possibly remake myself within a year.

And then those thoughts came up. Those thoughts I'd had for many years now—I guess I could just end my life…The option became appealing, and I became obsessed with this. The thoughts filled my days. And there was nobody to turn to.

I called Matthew [Schneider's brother], telling him that I was having more suicidal thoughts than I normally did. 'Normally do? Spencer, it's not normal to

*ever* have these thoughts.'  He gave me the number of a psychiatrist who was a friend of a friend.

Book at 185-86.

112.    Schneider wrote of the penultimate OSG class he attended in December 2012:

The 2012 Christmas Class was a dismal affair…Although I had no intention of leaving School, my heart wasn't in it anymore, and for this I felt guilty and wretched.  I didn't participate at all in the preparations and was even considering not going, which was the equivalent of declaring war personally on Sharon and would have made my miserable life more miserable.  So I went.  But it was surreal just showing up without having had any kind of involvement—like walking into a test without having done any homework.

Book at 189.

113.    Schneider wrote of the last OSG class he attended "in late December 2012,"

describing Sharon as being in a foul mood and berating a student, "Joni," before "start[ing] to

cry, claiming that Joni's actions were a personal attack on Sharon, herself."  Book at 190-91.

Schneider wrote:

This sickening sight.  This horror show.  I couldn't tolerate it.  And I couldn't hide it anymore.  Sharon fixed her gaze on me.  I was in the first row of the room. I braced myself.  Sharon bellowed, 'Stop being negative.'  I said, '*Me*?'  'Yeah you!'  She shook her head.  And that was the last straw.

When class ended, I left, and, although I didn't know it then, that was the last time I would ever see Sharon or any of my classmates.

*Id.* at 191.

114.    Schneider left OSG after 23 years by simply not returning to class anymore.

Compl. ¶¶ 134-35, 165-67; Book at 191, 194-95, 199-200.

115.    Schneider wrote that, on January 9, 2023, he had dinner with a woman he had

recently met, and he "completely forgot that it was a class night."  Book at 194.

116.    Schneider wrote that on January 10, 2023, he received a call from "Kim," an OSG

member, asking why he had missed class and stating, "Sharon thinks maybe it's time for you to

leave School because you've been missing so many classes," before backtracking and saying that

Sharon was just trying "to shock" him into returning to class.  Book at 194-95.  Schneider wrote,

"I told her I'd get back to her in two weeks, hung up, and took the uptown train to Union Square.

I hadn't experienced a sense of power like this in years."  Book at 195.

117.    Following that phone call, Schneider wrote:

> I stopped attending classes, thew out all the Gurdjieff and Ouspensky books,
> threw out all my self-observation notebooks, stopped saying my Mantra and the
> morning prayer, stopped working on my five-week Aim, stopped self-sensing and
> recollecting my day, ceased all communications with anyone in School, and I quit
> working for Podonok.  I was free.  I suddenly had two free nights a week…
> I had virtually no business—at age fifty-three I would have to rebuild from
> scratch without the support of School, upon which I had relied for decades.  My
> nerves and emotional state were in free fall.  I was having nightmares that I was
> still in School being humiliated and ridiculed by Sharon and my classmates.  I
> was paranoid that the Podonok AG investigation would ensnare me.  My thoughts
> were still School thoughts, centered on the conviction that I alone had caused my
> misfortune, that my flaws were permanent, and that I didn't have any answers.

Book at 199-200.

118.    Schneider further wrote, "It dawned on me it was going to be harder to get *over*

School than it was to get *out*."  Book at 200 (emphasis in original).

119.    Schneider wrote that he believed while he was a member of OSG that "the fees

[he] paid [to attend OSG's classes and retreats] were fair…"  Book at 106.

120.    Schneider wrote regarding "Sharon's obvious wealth":

> I didn't think there was anything hypocritical about claiming to be a highly
> conscious person interested in evolution and to also have a heated indoor pool in
> Montana with a tile parrot.  I kind of liked it.  I didn't want to be ashamed of my
> own materialism.  I didn't want to be St. Francis.  It was a little refreshing to see
> materialism and consciousness were not mutually exclusive.  This also confirmed
> my belief that the Work ideas—including Aim—would help me attain wealth.

Book at 106.

31

121.    Schneider wrote in October 2022, two months before he filed this lawsuit: "I stayed in School for almost 23 years because I enjoyed the community and the intellectual stimulation.  I was also under the impression that it was helping my life.  I had made durable friendships and was also married to someone in School…I stayed out of fear of losing my marriage, as well as an important business relationship I had with another member."  Newsweek at 4.

122.    In a video podcast interview posted to YouTube on November 4, 2022, Schneider said of his decision to participate in OSG for 23 years:

> And in the first month, um, I lost my job, and that was a crisis for me, um, and they were extremely supportive to me that first night.  I'll, I'll never forget that. And encouraged me to, um, you know open my own law practice, which I did. And that alone really, uh, snared me in a certain way because I felt that the support and love that this group gave me gave me the strength to carry on, and I felt I owed my initial success to this connection with them.  And I was afraid, you know, I came to be afraid that if I left the group I would lose that support and my business would, um, go away.  This was a fear that carried me along for a long time.  [Interviewer commentary omitted.]  I mean they became a support system unlike anything I had had before because, uh, you know, they were extremely um non-judgmental and forgiving and lovely and kind.

Millsaps Decl. ¶ 7, Ex. 6 at 15:25.

123.    In the same interview, Schneider further said of his decision to remain in OSG:

> But the turning point came I think at a certain point.  Like halfway came where several of my friends left the group and, um, I was inclined to leave as well, but I didn't, and what kept me in were two things: my marriage, because my wife, my then wife, she didn't want to leave, she wanted to stay in it, and I didn't want to lose the marriage it had been it was pretty new.  And the other thing was that I had just started to do work with someone, um, a client who was in the group, and although he wasn't, you know, my biggest client, I didn't really want to lose him, um, and, uh, I knew I would if I left, so I figured oh I'll just put up with this for a while, you know, maybe I'll, I'll just put my nose to the, you know, grindstone and get more involved in this and like it more and love it more and whatnot.

*Id*. at 38:05.

124.    In another podcast interview published on November 20, 2022, Schneider said, "I really liked it [School] also.  I mean I began to like it.  It was really great and fun, and I really did like it, and I've talked to people who have been in it, and they've all said the same thing about liking it so much."  Millsaps Decl. ¶ 14, Ex. 13 at 33:00.

125.    That interviewer responded, "Right, like the self-help, and the group, and, and the support of these people, but you can get that without this hierarchy, cult leader who's playing puppet master."  Schneider replied, "Right, but that's the, that's the rub—some people like that.  Like that's different, you know, and it reminds of them of, well, you know, maybe, like, religious experiences that they've had…"  *Id*. at 33:13.

126.    In a video podcast interview posted to YouTube on July 26, 2022, Schneider said of his time in OSG: "Look, I was there a long time, and there were a lot of reasons I stayed.  Um, I would say the first half of the 23 years, I really felt I was getting more than was being taken from me.  I loved the community, I loved the people I met, I admired the leaders…"  Millsaps Decl. ¶ 12, Ex. 11 at 9:20.

127.    In the same interview, Schneider said of his reasons for not leaving OSG when its leaders asked him to help with recruiting for the group:

> I again felt, gee, I'm getting so much, um, in terms of, you know, my business was, I, and I wasn't working with people in the group at the time, later on I was, and my biggest client was in the group, but at that time I just felt, gee, like, they're giving me, like, the confidence to do this, and if I stop going, you know, it's sort of like pulling the air, you know, pulling the air out of it…

*Id*. at 17:28.

128.    Schneider went on regarding OSG's criteria for new members, "they wanted trustworthy people, and they also wanted people who were successful and who, um, were vulnerable in the sense that they wanted, that something in their life was missing, that they

wanted more meaning in their life than just, you know, working and whatnot, um, which I guess everybody does to some degree, you know, but they were very specific about it." *Id.* at 24:29.

129.    The host then asked Schneider, "How did you shun your family?  How, how were you convinced to not keep in touch with them?"  Schneider replied, "Well, I did keep in touch with them.  Um, and I did keep in touch with other friends.  But mentally, okay mentally, I felt they weren't, they, I felt, uh, separate from them, and that my real family were the people in the group.  And so I never really stopped seeing them." *Id.* at 25:36.

130.    In a video interview posted on YouTube on July 12, 2022, Schneider said regarding his time as a member of OSG: "I didn't leave society, man, I mean, I had a nine to five job.  It really just revolved around two meetings a week, uh, at night."  Millsaps Decl. ¶ 15, Ex. 14 at 16:57.

131.    Schneider wrote in or around October 2022, "The unraveling of my marriage in 2010, Sharon's meddling in my divorce, and the end of my business relationship with another School member motivated me to leave [OSG] in early 2013."  Newsweek at 4.

132.    Schneider stated in his July 2022 appearance on the video podcast *Who's Here in the Hamptons* when asked about his reasons for leaving OSG: "It ended when, uh, you know, Sharon really meddled in my, uh, marriage ending, um, and that was a big turnoff, um, she also meddled in my business affairs."  Millsaps Decl. ¶ 10, Ex. 9 at 16:54.

133.    In a podcast interview published on September 18, 2022, Schneider further explained of his reasons for leaving, "Sharon got, meddled very much in, you know, I got divorced from my wife, and she meddled in the divorce in a way that made me realize that she's not really my friend.  And there were some business dealings that I had with someone that went very south, and, again, Sharon was involved in that, and it took a very negative, left a very

negative taste in my mouth.  So, those events really led to my disenchantment."  Millsaps Decl.

¶ 20, Ex. 19 at 25:43.

134.    In his appearance on PBS's *MetroFocus* that aired on August 2, 2022, Schneider

was asked when he decided to leave OSG.  Schneider answered, "So, I decided when I felt that,

uh, you know, a betrayal by the leaders.  There were several instances where it was clear that

they were doing things that were against my interest, interfering in my marriage, interfering in

my work life, and it became untenable."  Millsaps Decl. ¶ 11, Ex. 10 at 24:37.

135.    In a video appearance on *Transform Your Boundaries with Sarri Gilman* posted to

YouTube on July 7, 2019, Schneider said of his decision to leave OSG, "And I think it was

probably two and a half months after I started going in therapy that I left.  And it wasn't like, oh,

I'm in a cult, I got to get out.  It wasn't anything like that.  It was more like, I'm miserable.  I

didn't think that was necessarily causing my misery, but it certainly wasn't helping."  Millsaps

Decl. ¶ 21, Ex. 20 at 14:23.

136.    In the same appearance, Schneider said of his time in OSG, "it wasn't like I hated

it when I was there.  You know, I stayed there.  Part of me hated it and part of me loved it."  *Id*.

at 19:23.

137.    Later, the host asked Schneider, "Do you have any fear of them?" Schneider

replied, "None.  They're more afraid of me than I should be of them because they have

everything to lose, and they've done wrong, and I've done nothing but be a victim."  *Id*. at 21:49.

138.    In a podcast interview published on September 18, 2022, the host asked Schneider

regarding his Book, "Were you ever afraid to tell your story?"  Schneider replied, "Not at all,

um, mostly because the group is so secretive that I don't think they want the publicity, and I

haven't, um, seen them be violent towards anyone."  Millsaps Decl. ¶ 20, Ex. 19 at 1:35.

139.    When the host then pointed out "the extent that Scientology goes to when people try to leave," Schneider responded:

> Oh yeah, Scientology, NXVM, a lot of these groups do that, but the difference is that this group is really unknown.  Um, they stay under the radar, it's completely secret…what they value most is their privacy.  And if they have to bring a lawsuit or something like that, they have to reveal themselves, and cults don't do very well in courts these days.  So, I think, I don't expect, uh, to hear from them legally, um, but um, and no one's knocked at my door.

*Id*. at 2:03.  The host replied, "Yeah, right, nobody's following you at night or anything," and Schneider responded, "No, I don't think so.  No threats, no."  *Id*. at 2:57.

140.    In his appearance at the Shelter Island Public Library in November 2022, Schneider stated, "I wasn't afraid of them [OSG] so much, I was afraid that now that I was out in the wilderness, as it were, that I had no, I would have no, um, meaning left in my life."  Millsaps Decl. ¶ 8, Ex. 7 at 30:55.

141.    In the same appearance, Schneider answered a question about why he stayed so long in OSG: "It's a mixed situation; I tried to capture that.  There was a lot.  There were these friendships that were intense.  You know, like, I just loved these people, and they loved me, and they were like, I was isolated from the rest of the world, my other friends, because I came to believe that these were my best friends…"  *Id*. at 53:59.

142.    Schneider did the Gurdjieff "Work" espoused by OSG because he believed in the "power" of the Work and that it was "beneficial for his 'evolution'…"  Compl. ¶¶ 125-26.

143.    Schneider appeared as counsel in more than 150 federal and state court cases and represented clients outside of OSG members, including Merrill Lynch and Bank of America, throughout his 23 years as a member of OSG.  Millsaps Decl. ¶ 16, Ex. 15.

144.    For instance, in 2005, Schneider appeared as lead counsel representing defendant T.G.F., Productions, LLC in *Krasnyi Oktyabr, Inc. v. T.G.F., Productions, LLC*, 05-cv-03020-

DGT-RER (E.D.N.Y.), a trademark infringement suit that was litigated over approximately four years.  *Id*. at 11 ¶ 117.

145.    Between 1999 and 2010, Schneider was counsel of record representing Merrill Lynch entities, including Merrill Lynch Commercial Financial Corp. and Merrill Lynch Business Financial Services, Inc., in at least 89 federal and state court cases.  *Id*. at 4-13.

146.    Between 2010 and 2017, Schneider was counsel of record representing Bank of America in at least 11 federal and state court cases.  *Id*. at 2-4.

147.    Nowhere in the Complaint, in Schneider's Book, in his *Newsweek* article, in his Blog, in any of his other public writings, or in his many recorded public appearances does Schneider ever say that Defendants or any other leader or member of OSG ever threatened him or anyone else for any reason, either while he participated in School or after he chose to leave, including to keep anyone from leaving OSG or to make them perform labor.

148.    In a podcast appearance apparently recorded in 2022 but posted to YouTube on October 9, 2024, Schneider was asked by the host to describe "three of the craziest moments that [he] can remember in [his] 23 years" in OSG.  Millsaps Decl. ¶ 13, Ex. 12 at 21:58.  Schneider replied with just one undated example, as follows:

> I would say the single craziest thing that I saw was the leader, whose name was Sharon Gans, tell a woman that she—a woman came into the group, and people would come into class, you know, as it was called, and talk about their private lives and personal problems and whatnot, and this woman came in and she was complaining about her husband and she wasn't happy and this and that, and they weren't having sex and, you know, like any marriage, and so…and then she said, Sharon looked at her and said, Carol you need to get laid.  [Interview commentary omitted.] …and she, you know, Carol's mouth dropped, and Sharon said and you, you should do it with John, and John, who was also married, stood up, and he was so excited that he nearly fell down.  He was so excited to hear that he was being chosen to sleep with Carol.  And Sharon continued, you need to get laid, you should go with John right now after class, go to, um, a drugstore, buy oils, buy some condoms, and get a hotel, and have sex all night.

*Id*. at 23:40.  Schneider said that the pair did so that night, and that he thought "that was a

one-night stand because that didn't happen again."  *Id*. at 26:07.

149.    In the same interview, the host asked Schneider if the "craziest part for" him was

doing physical labor during OSG's Montana summer retreat.  Schneider replied:

> It's funny that you say that because it was actually something I loved, going out to
> Montana.  I really did.  And it was that first day where I was stripping the wood I
> was very unhappy, and I really thought this was enough.  And later on that night,
> if you recall, there was a meeting with Sharon, and I told her that part of me
> wanted to leave and I was thinking, why don't they hire somebody to do
> this…and blah, blah, blah.  And she said, she laughed.  She thought that was
> funny and everybody else laughed.  And the conversation turned into well, that
> part of yourself that thinks you're better than this is vanity and false pride.  And
> you need to be more humble. And by coming here on retreat, you're gonna learn
> about humility, about service, about helping me, Sharon, because I'm your
> teacher.  And this will in turn help you and give you a tool to help navigate your
> life.  And so she flipped it all around…So I used to look forward every summer
> for a couple of decades going out there and working in very dangerous
> circumstances.

*Id*. at 31:55.

150.    On August 11, 2022, a review of Schneider's Book published in *The East*

*Hampton Star* noted:

> However, I must inform that the 'Manhattan Cult Story' subtitle of 'My
> Unbelievable True Story of Sex, Crimes, Chaos, and Survival' does belie the
> contents inside a bit.  No such crucible exists within those pages outside of some
> vague I.R.S. investigation of School's finances (which in the book is not resolved,
> so it's uncertain even whether there was ever any infraction found), and there are
> no descriptions of crazy group sex or passages about violent crimes of coercion
> being committed by goon zealots of the cult (as has been reputed in Scientology,
> etc.), as one may infer from that slightly misleading subtitle.  Instead, they engage
> in activities like going on retreats to build elaborate structures or putting on end-
> of-quarter concerts and plays in their meeting place, not exactly 'Eyes Wide
> Shut.'

Millsaps Decl. ¶ 17, Ex. 16 at 3.

**Schneider Himself Was a Leader and Privileged Member of OSG**

151.    Schneider wrote that at OSG's Christmas celebration in 1992, "We were seated according to a seating chart, determined by Sharon [OSG's founder]—her favorite, most devoted students, sat closest to her, in descending order.  If you were seated in the back, you were on the outs, literally.  I was placed right next to the teacher's table."  Book at 96.

152.    Schneider wrote that "in June 1993, a secret invitation [to Montana] was offered to a select group of about twenty students from [Schneider's] class, including" Schneider.  Book at 99.

153.    Schneider wrote, "As Sharon began to trust me, she invited me into her inner circle.  She did not elevate me to the status of a teacher but she often confided in me."  Newsweek at 4.

154.    Schneider began driving Sharon to and from class after he and Beth married in 1997, writing:

> I was alone with someone nearly on par with Buddha.  She had all the answers, the powers.  With her, anything was possible.  And because of her supernatural powers and intellect, I always felt safe and protected with her.  So I looked forward to these drives, to having her to myself.  Other students would have killed to have this alone time with Sharon.

Book at 143.

155.    Schneider further wrote:

> Driving Sharon made me special and privileged, even over teachers—I sensed their jealousy when we walked out of the classroom at the end of the night…She often let me in on her secrets while driving: how she met Alex, how she dated her first cousin, what it was like to be a young actor in the 1960s with two small children, her friendships with celebrities (Meryl, Bobby, Paul, John, Ringo, Frank, Mia).

*Id.* at 144.

156.     Schneider wrote of driving Sharon during the Montana retreat in summer 1998, "And like all my drives with her in the car, sitting side by side, whether in the mountains of Montana or valleys of New York, I didn't want the drive to end.  So I drove slowly to cherish each minute with my teacher."  Book at 144-45.

157.     Schneider further boasted of one occasion during the 1998 Montana summer retreat, "That night I slept at Sharon's house in the guest room down the hall. While I was at Sharon's house, the rest of the students and teachers were staying overnight in a motel."  Book at 145.

158.     Schneider became so close to Sharon and her husband, Alex Horn, that he was one of Alex Horn's caretakers when he was dying of cancer in 2007.  Compl. ¶ 149.

159.     In a video interview posted to YouTube on November 4, 2022, Schneider said:

> And I became extremely close with Sharon.  She seemed to, um, have a great fondness for me for whatever reason.  Um, I wasn't particularly giving her any cash or money or anything more than anybody else, but for whatever reason I was part of her inner circle and, um, you know, I go into this in the book more about like how that happened and what it was like, you know, she, you know, I was like her chauffeur at one point. So, you know, um, we spent a lot of time together and, um, alone outside of the group.  Part of the group also had, um, Sharon would take us to her retreat her ranch in Montana. She had like a fifty-acre ranch in Montana.  She would take some of the favorite students to that group, to the ranch, you know, once a summer, um, and so I spent a lot of time there with her and with other people so, you know, I felt this sort of special bond to her.

Millsaps Decl. ¶ 7, Ex. 6 at 47:20.

160.     In the same interview, Schneider said of Sharon that "she proved to me to be someone who, although, you know, a little nutty and a little scary and intimidating, to be able to have the ability to make you feel, um, empowered and strong.  And really feel confident about yourself."  *Id*. at 27:33.

161.    In his appearance at the Shelter Island Public Library posted to YouTube on

November 22, 2022, Schneider said of Sharon and himself:

> So she said to me you're, you know, um, she said, you know, your flaw is that you're a baby. Um, you're a crybaby, and if things don't go your way, um, you get very upset.  Now, it's true if things don't go my way I get upset.  I think most people feel that way.  Um, the only difference is that I'm kind of a big mouth about it.  And I'm outspoken.  And, you know, I wrote a book. You know I'm a lawyer.  This is just my personality.  I'm outspoken and I would challenge Sharon a lot.

Millsaps Decl. ¶ 8, Ex. 7 at 47:20.

162.    In his interview on *Who's Here in the Hamptons* in or around July 2022,

Schneider said of Sharon:

> She could be extremely kind; I mean no one could make you feel better than she did. There was something about her, even though I thought she was nuts, she just had a way of making you feel so good about yourself, and uh, you know, people revered her, so if she showed personal attention to you, you were like oh, you know, that's like Buddha, you know, it was like Jesus Christ or Moses, whatever.

Millsaps Decl. ¶ 10, Ex. 9 at 14:51.

**Schneider Observed Many OSG Members Leave the Group and Sometimes Return After Extended Periods**

163.    During his 23 years as a member of OSG, Schneider observed numerous other

OSG members leave the group and sometimes return after extended periods of time.  For

instance, Schneider wrote that his friend "George" left OSG because he "had just gotten married,

and wanted to spend more time with his wife."  Book at 149.

164.    Schneider wrote that another OSG member, "Marcie," stormed out of class after a

dramatic argument with Gans Horn but returned three years later.  Book at 116, 154.  Schneider

wrote of her return:  "After storming out of class three years ago, Marcie was back.  And on this

night she had brought along her nine-month-old son.  Sharon was there. We had a celebration.

Gifts, balloons, tears of joy, testimonials about the power of the Work, gratitude to Sharon.  We had never seen Marcie so happy."  *Id*. at 154.

165.    Schneider recalled a pregnant OSG member, "Patti," who left OSG "before she'd had her child."  Book at 154.

166.    Schneider wrote that after a teacher, "Fred," was expelled from OSG sometime in the late 1990s by Gans Horn, "[a] couple of men on Retreat were so shattered by it that when we returned to New York, they never came back to School."  Book at 118-19.  But Fred returned to the group in 2001; Schneider wrote that "he just showed up one night without fanfare or announcement as though he had never left."  *Id*. at 164.

167.    Schneider's eventual wife, "Beth," was "invited back to School by Sharon" in the fall of 1996, "years after Sharon had kicked her out."  Book at 137.

168.    As discussed in paragraph 92, *supra*, Schneider witnessed more than a dozen OSG members leave to start their own study group in or around 2000.

169.    In a video interview posted to YouTube on November 4, 2022, Schneider reiterated, "again not everybody would stay, uh, people would leave, and it was always people, um, new people leaving.  But once they had you for a year or so, you know, you would tend to stay longer and, you know, if you were in for two decades like myself, it's almost unheard of that people would leave after such a length."  Millsaps Decl. ¶ 7, Ex. 6 at 18:58.

170.    In the same interview, Schneider stated that "a lot of people left after they saw" Sharon because "she had a bizarre appearance…she kind of dressed like she was, um, in a Shakespearean play… just this odd, very, you know, flamboyant, um, like a queen.  And she carried herself in this regal way.  Um, uh, she had very bright red hair and these deep blue eyes and very pasty skin."  *Id*. at 24:59.

171.    In a podcast interview published on July 1, 2022, Schneider said that OSG was:

> a lot more like, in a certain way, like the multi-level marketing groups, because they rely, relies very much on this recruiting and kind of always putting somebody else behind you so much, because, you know, there's only so much they could squeeze out of people.  There are some people who stay there for many, many, many, many years, but most people don't, most people stay for a year or two or three or four or five.  So they got to get other people in.  So they're constantly recruiting, and it's like a pyramid scheme like that.

Millsaps Decl. ¶ 22, Ex. 21 at 56:38.

172.    On March 23, 2020, Schneider wrote in a post on his Blog, entitled "School Is [Not] An Essential Service," of OSG when its classes were disrupted at the beginning of the pandemic: "I have a suspicion that some people will not return when classes resume.  They will find that having those two nights to do other things -- like read, relax, sleep, not be brow-beaten, not bored, not gas-lighted -- is great and freeing." Millsaps Decl. ¶ 4, Ex. 3 at 3 (brackets in original).

173.    On September 2, 2020, Schneider wrote in a post on his Blog, entitled "To Current Students":

> As you know, School basically sucks.  Classes are boring.  The same old thing. Same old people.  Same old same old.  How about experimenting with something new?  An adventure.  A chance to learn about yourself.  A chance to work with other people in a safe, sacred environment.  If you want to be part of a something that is meaningful, something outside of life, something that is real, something that is special. . . I have the answer for you: Join a bowling league.

*Id*. at 4-5.

Dated: November 29, 2024

Respectfully Submitted,

/s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
Rebecca Tushnet
LEX LUMINA LLP
745 Fifth Avenue, Suite 500
New York, NY  10151
(646) 898-2055
rhett@lex-lumina.com
rtushnet@lex-lumina.com

*Counsel for Defendants*

Eva H. Posman
570 Lexington Avenue, Suite 1600
New York, NY  10022
(212) 661-9191
eposman@aol.com

*Co-counsel for OSG, LLC and Lorraine Imlay and Minerva Taylor in their capacities as fiduciaries of the Estate of Sharon Gans Horn*