**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SPENCER LEE SCHNEIDER,

        Plaintiff,

v.

OSG, LLC D/B/A ODYSSEY STUDY GROUP, LORRAINE IMLAY and MINERVA TAYLOR, both individually and as fiduciaries of the ESTATE OF SHARON GANS HORN, and GREGORY KOCH,

        Defendants.

Case No. 22-cv-7686-DG-VMS

**DECLARATION OF RHETT O. MILLSAPS II IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS**

---

I, RHETT O. MILSAPS II, hereby declare as follows:

    1.    I am a partner in the law firm Lex Lumina LLP, counsel to all Defendants in this action. I submit this declaration in connection with Defendants' opposition to Plaintiff Spencer Schneider's letter motion to compel further responses to RFP Nos. 25, 28-31, 33, and 35-36. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Their Expedited Motion for Summary Judgment filed on November 29, 2024 (ECF No. 73).

    3.    Attached hereto as **Exhibit B** is a true and correct copy of two email chains from last year produced by Schneider (Bates-stamped Schneider015485 and Schneider024496-Schneider024498) that are representative of Schneider's prolific efforts to generate negative press for Defendants and their spiritual group over the last decade since he left.

4. Schneider is quoted in numerous tabloid news articles about Defendants and their spiritual organization, which are readily available with a quick Google search. One example is a *New York Post* article titled, "Adam Driver's mother-in-law alleged to have taught for NYC cult that abused members," which was published on February 26, 2023, and identifies Schneider's ex-wife and former stepdaughter; the article is available online at https://nypost.com/2023/02/26/adam-drivers-mother-in-law-alleged-to-have-taught-for-nyc-cult-that-abused-members/ (visited March 28, 2025).

5. Attached hereto as **Exhibit C** is a true and correct copy of an email chain from 2021 produced by Schneider (Bates-stamped Schneider021930- Schneider021933). In one of the emails, ███████████████████████████████████████████████████████████████ ███████████████████████████████████████ Ex. C at Schneider021931.

6. Attached hereto as **Exhibit D** is a true and correct copy of the first page of an email produced by Plaintiff Schneider (Bates-stamped Schneider010155), which contains a post by Schneider published on his public blog on January 10, 2016, announcing his planned in-person "protests" at OSG's class locations "as well as the residences of the some of [OSG's] leaders" and encouraging others to join him. Defendants are not filing the remainder of the email, which contains identifying and defamatory material regarding OSG members posted by Schneider, but Defendants will of provide the remainder of the email under seal should the Court request it.

7. Attached hereto as **Exhibit E** is a true and correct copy of a chain of emails between Schneider and a former OSG member in 2016 that was produced by Schneider (Bates-stamped Schneider013496-Schneider013499). ████████████████████████████████ ████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████ Ex. E at Schneider013496. ███████████████████

████████████████████████████████████ *Id*.

8. Attached hereto as **Exhibit F** is a true and correct copy of an email sent by Schneider's counsel on June 10, 2024, to a member of OSG who joined OSG years after Schneider left the group (Bates-stamped DEFENDANTS0000015- DEFENDANTS0000016). Schneider somehow obtained the member's contact information and communicated directly with her prior to his counsel's June 2024 email to her.

9. Attached hereto as **Exhibit G** is a true and correct copy of Defendant OSG's Amended Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant OSG, LLC d/b/a Odyssey Study Group.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2025
Los Angeles, California

                                                 /s/ *Rhett O. Millsaps II*
                                                 Rhett O. Millsaps II