110 West 40th Street, Suite 1003
New York, New York 10018
www.shihatageddes.com
646-974-1143

April 9, 2025

**BY ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  <u>Schneider v. OSG, LLC, et al.</u>, Civil Docket No. 22-7686 (DG)(VMS)

Dear Judge Scanlon,

  Plaintiff respectfully requests that its letter in opposition to Defendants' April 6, 2025 request to de-designate as privileged work product a document that was inadvertently produced by counsel, be filed under seal. Sealing is appropriate under Fed. R. Civ. P. 26(b)(5)(B), which provides that in connection with such a dispute as to the designation of privilege, the information may be submitted to the Court under seal.

  If the Court grants Defendants' motion to de-designate the document as privileged, Plaintiff opposes Defendants' request to then largely unseal these materials. Plaintiff submits that the parties' filings should remain under seal because they reference unfounded defamatory allegations made by Defendants.[1] *See, e.g., United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (reiterating its prior holding that in assessing whether sealing is warranted, "[t]he privacy interests of innocent third parties ... should weigh heavily in a court's balancing equation"). Sealing is particularly warranted here where the defamed persons do not have a fair opportunity to refute the allegations without offending the privileges in play. *See id.* at 1051 (in a court's sealing analysis, it also "should consider the reliability of the information" and "whether the nature of the materials is such that there is a fair opportunity for the subject to respond to any accusations contained therein").

---

[1]  Plaintiff would not oppose unsealing the portions of the parties' filings that do not reference the defamatory allegations and does not object to Defendants' request to redact the names of certain individuals.

Respectfully submitted,

*Elizabeth Geddes*

Elizabeth Geddes
Shihata & Geddes LLP

cc:   Counsel for Defendants (by ECF)