UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

SPENCER LEE SCHNEIDER,

                Plaintiff,

        v.                                          Case No. 22-cv-7686 (DG)

OSG, LLC, et al.,

                Defendants

-------------------------------X

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4(b), Nadia Shihata, Esq., respectfully moves this Court for an Order granting leave to withdraw as counsel of record for Plaintiff Spencer Lee Schneider in the above-captioned case. In support of this motion the undersigned states as follows:

1. I am an attorney admitted to practice before this Court and, along with Elizabeth Geddes, Esq. and Hugh Sandler, Esq., am counsel of record for Plaintiff Spencer Lee Schneider in this action.

2. I was previously associated with Shihata & Geddes LLP, now known as Corva Law LLP (the "Firm"), which represents Plaintiff in this matter. I am no longer with the Firm.

3. Corva Law LLP, through Elizabeth Geddes, Esq., and Krantz & Berman LLP through Hugh Sandler, Esq., will continue to represent Plaintiff in this action.

4. My withdrawal will not prejudice the parties or delay the proceedings, as Plaintiff will remain represented by counsel of record.

1

5. A copy of this motion and the accompanying proposed order has been served on Plaintiff by electronic mail.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant this motion permitting withdrawal as counsel of record.

DATED: New York, New York
   October 2, 2025

                    Respectfully Submitted,

                    _____
                    Nadia Shihata
                    Formerly of Shihata & Geddes LLP
                    (now known as Corva Law LLP)
                    110 W. 40th St., Suite 1003
                    New York, NY 10018