UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

SPENCER LEE SCHNEIDER,

                Plaintiff,

v.                                Case No. 22-cv-7686 (DG)

OSG, LLC, et al.,

                Defendants

---------------------------------X

## [PROPOSED] ORDER

Upon consideration of the motion of Nadia Shihata, Esq., to withdraw as counsel, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED, and the appearance of Nadia Shihata, Esq.. is hereby withdrawn as counsel of record for Plaintiff. Corva Law LLP, through Elizabeth Geddes, Esq., and Krantz & Berman LLP, through Hugh Sandler, Esq., shall remain as counsel of record for Plaintiff.

SO ORDERED.

DATED: Brooklyn, New York
      October __, 2025

                                        HONORABLE DIANE GUJARATI
                                        UNITED STATES DISTRICT JUDGE