UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

SPENCER LEE SCHNEIDER,

                Plaintiff,

v.                                Case No. 22-cv-7686 (DG)

OSG, LLC, et al.,

                Defendants

------------------------------X

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4(b), the undersigned hereby certifies that on October 2, 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel and the accompanying Proposed Order was served on Plaintiff Spencer Lee Schneider by electronic mail at spencer3000@gmail.com and on all counsel of record through the Court's CM/ECF system.

DATED: New York, New York
          October 2, 2025

                                                    Respectfully Submitted,

                                                      _/s/ Nadia Shihta_____
                                                      Nadia Shihta
                                                      Formerly of Shihata & Geddes LLP
                                                      (now known as Corva Law LLP)
                                                      110 W. 40th St., Suite 1003
                                                      New York, NY 10018