KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler
Jerrold L. Steigman

Ainsley C. Dowling

Lisa A. Cahill
Rebecca S. Campbell
*Of Counsel*

Writer's E-mail

hsandler@krantzberman.com

December 12, 2025

**VIA ECF**
The Honorable Vera M. Scanlon
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Schneider v. OSG, LLC et al.*, 22-cv-7686-DG-VMS (E.D.N.Y.)

Dear Judge Scanlon,

    We represent Plaintiff in the above-referenced matter. We write concerning a filing we made in this case on December 9, 2025, ECF Nos. 128 and 128-1 (the "Filing").

    On Thursday, December 11, at around 3:00PM, counsel for Defendants wrote to Plaintiff's counsel to indicate that he believed that an individual's name in the Filing should have been redacted under the governing Protective Order. Counsel asked that the filing be withdrawn and refiled. He further requested that Plaintiff consent to reset the time for Defendants to file an opposition to the date of the refiled letter, which would be the date of the filing of this letter.

    In light of the fact that the individual's name is, at this time, covered under the Protective Order by virtue of the fact that Defendants designated the individual's name as confidential under the Protective Order, Plaintiff respectfully requests the Court restrict the Filing to be viewable by only Court participants. This method to resolve the issue was recommended to the undersigned on a phone call this morning with the Court. Out of professional courtesy, and in the interest of party comity, Plaintiff consents to Defendants' request to reset the time for him to respond to the Filing.

    Attached to this letter is a redacted version of the Filing for public viewing on the Court's docket.

    Defendants' counsel has reviewed this letter and consents to the requests stated in it.

                                  Respectfully submitted,

                                  Hugh Sandler

cc:    All Counsel of Record (via ECF);
        Counsel to the individual named in the Filing (via email)