UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER LEE SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>OSG, LLC D/B/A ODYSSEY STUDY GROUP, LORRAINE IMLAY and MINERVA TAYLOR, both individually and as fiduciaries of the ESTATE OF SHARON GANS HORN, and GREGORY KOCH,<br><br>Defendants. | Case No. 22-cv-7686-DG-VMS<br><br>**DECLARATION OF RHETT O. MILLSAPS II** |

I, RHETT O. MILSAPS II, hereby declare as follows:

1. I am a partner in the law firm Lex Lumina LLP, counsel to all Defendants in this action. I submit this declaration in connection with Defendants' opposition to Plaintiff Spencer Schneider's letter motion for an extension of time to depose non-party witness [Redacted]. I make this declaration based upon my knowledge of matters in this action and to place before the Court the following documents.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Schneider's counsel dated October 27, 2025, together with the attached subpoena to [Redacted] dated the same day.

3. Attached hereto as **Exhibit 2** is a true and correct copy of emails between Schneider's counsel and [Redacted]'s counsel exchanged between October 30, 2025, and November 25, 2025, that were forwarded to the undersigned by [Redacted]'s counsel.

4. Attached hereto as **Exhibit 3** is a true and correct copy of emails from the undersigned to Schneider's counsel sent on October 28 and 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2025
       Los Angeles, California

                                                                /s/ *Rhett O. Millsaps II*
                                                                 Rhett O. Millsaps II