# Exhibit 2

| | |
|---|---|
| **Subject:** | FW: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY) |
| **Date:** | Tuesday, November 25, 2025 at 2:06:46 PM Pacific Standard Time |
| **From:** | John Craig <jcraig@abv.com> |
| **To:** | Rhett O. Millsaps II <rhett@lex-lumina.com> |
| **Attachments:** | image001.jpg |

*******************************
John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct:  (212) 616-7075
Main:   (212) 571-0550
Fax:     (212) 571-0555
www.abv.com
*******************************
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies. Thank you.

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Tuesday, November 25, 2025 11:21 AM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

Thanks John. The December dates that you offer are unfortunately not ideal for us. Can you do Friday January 9? Also, please advise what days and times next week suit you to meet and confer on the documents portion of the subpoena.
_____
**Hugh D. Sandler**
**Partner**
**KRANTZ & BERMAN LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential.  If received in error, please delete immediately and notify sender.  Thank you.


**From:** John Craig <jcraig@abv.com>
**Sent:** Monday, November 17, 2025 8:32 AM

**To:** Hugh Sandler <hsandler@krantzberman.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

**[External Email]**

Dear Hugh,

I confirm that we accept service. Please note that Redacted is not available on December 16, but can be available December 2-6, and December 8 or 9. Please let me know if any of these dates work. If not, it will need to be in January.

Best,
John


*******************************
John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct: (212) 616-7075
Main: (212) 571-0550
Fax: (212) 571-0555
www.abv.com
*******************************
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

---

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Friday, November 14, 2025 4:49 PM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John: Is this position different from the position that you took previously? In other words, please confirm whether you have accepted service. Once you accept service, I am happy to negotiate the scope of the subpoena in good faith. If we end up at impasse on scope of the subpoena then you have the right to move to quash.

The way you have worded the below email, it reads as though if we are at impasse on scope then you will not accept service. We decline that quid pro quo.

Please clarify your position.

Thanks
_____

Hugh D. Sandler
Partner
**KRANTZ & BERMAN LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential. If received in error, please delete immediately and notify sender. Thank you.

---

**From:** John Craig <jcraig@abv.com>
**Sent:** Friday, November 14, 2025 3:10 PM
**To:** Hugh Sandler <hsandler@krantzberman.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

**[External Email]**

Dear Hugh,

Subject to coming to an agreement on the place and time of the deposition, and the scope of the document requests, this subpoena is accepted. We continue to take the position that this subpoena is overbroad to the point of being abusive and so reserve all rights.

Sincerely,
John

*******************************
John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct:  (212) 616-7075
Main:   (212) 571-0550
Fax:    (212) 571-0555
www.abv.com
*******************************
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

---

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Thursday, November 13, 2025 11:01 PM

**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John: Attached is a new subpoena for Redacted. Consider the previous one withdrawn. This new one changes the compliance dates and adds one additional document demand. Our position as stated in our past emails still applies to this subpoena, and we await your response.

_____

**Hugh D. Sandler**
Partner
**KRANTZ & BERMAN LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential. If received in error, please delete immediately and notify sender. Thank you.

---

**From:** Hugh Sandler
**Sent:** Wednesday, November 12, 2025 5:03 PM
**To:** 'John Craig' <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John: My email was very clear that we are open to negotiating the scope of the subpoena in good faith. And we can discuss narrowing it in accordance with Rule 45 and the relevant case law. And of course you can move to quash if we cannot get to agreement, but my position is only that I am seeking you to accept service before we discuss scope. You withholding acceptance of service as leverage to hold over our scope negotiations is not something I can agree to. Therefore, I ask again: will you accept service of the subpoena on its face understanding that we can then negotiate the subpoena's scope?

_____

**Hugh D. Sandler**
Partner
**KRANTZ & BERMAN LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential. If received in error, please delete immediately and notify sender. Thank you.

**From:** John Craig <jcraig@abv.com>
**Sent:** Wednesday, November 12, 2025 4:46 PM
**To:** Hugh Sandler <hsandler@krantzberman.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

**[External Email]**

Dear Hugh,

On its face, your subpoena calls for a non-party to produce more than two decades worth of documents, only some of which might be tangentially related to the case your client has brought – and might is generous here, as there is no limitation on the nature or subject of communications you seek in the subpoena itself. Your subpoena demands the production of:

> For documents dated Dec. 19, 2003 to the present: (1) documents that refer to Spencer Schneider and/or this Action; (2) communications with Sharon Gans Horn; (3) communications with Lorraine Imlay; (4) communications with Minerva Taylor; (5) communications with Gregory Koch;

As written, this calls for the production of completely unrelated materials, so long as these were once sent to Ms. Horn, Ms. Imlay, Ms. Taylor, or Mr. Koch, or mention Mr. Schneider, at some point over the last 21 years and almost 11 months. Further, for nearly a decade of that 21 plus years of materials, your client, Mr. Schneider, was legal counsel my client, [Redacted]. To respond to this document request would cost – at a minimum – tens of thousands of dollars, though likely vastly more. This is setting aside the thorny ethical issue of whether your client is abusing his former client's confidences in prosecuting his litigation against third parties.

In hopes that you would be reasonable, I proposed more discrete and relevant search parameters. I hoped that you would welcome my offer to take reasonable steps to avoid overburdening a non-party.

Rule 45(d)(1) requires parties to take reasonable steps to avoid imposing undue burden on subpoenaed persons and <u>mandates</u> courts to impose appropriate sanctions – including lost earnings and attorney fees – when this duty is breached. Courts apply a two-part objective test <u>without requiring proof of bad faith</u>, namely, whether the subpoena imposed an undue burden, and whether the issuing party took reasonable steps to avoid such burden: "[t]he court for the district where compliance is required *must* enforce this duty and *impose an appropriate sanction*--which may include lost earnings and reasonable attorney's fees--*on a party or attorney who fails to comply*". *Id*. (Emphasis added). It is black letter law that "a subpoena duces tecum is overbroad if the materials sought have no relation to the matter". *Trump v. Vance*, 977 F.3d 198 (2d Cir. 2020). Further, Courts consistently find that blanket requests constitute *per se* overbreadth. In *Morocho v. Stars Jewelry by A Jeweler Corp.*, the court held that "blanket requests of this kind are plainly

overbroad and impermissible", specifically noting that requests for "any and all" documents are "inherently overbroad". *Morocho v. Stars Jewelry by A Jeweler Corp.*, 345 F.R.D. 292 (S.D.N.Y. 2024). Further, the court noted that a request for "'any and all documents' relating to a particular subject is overbroad and amounts to little more than a fishing expedition". *Id*. Notably, such a request – which at least would have been restrained to a particular topic – would be far more limited than the outrageous requests your client has promulgated.

You client's subpoena is overbroad and abusive to Redacted and so I cannot accept service of it unmodified. Please note that we reserve all rights, including the right to seek sanctions for a subpoena that is, on its face, so overly broad as to be potentially abusive, in the event you insist on compliance.

If you would prefer to discuss matters and come to some reasonable accommodation, I would welcome further discussions.

Yours sincerely,
John


*******************************

John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct: (212) 616-7075
Main: (212) 571-0550
Fax: (212) 571-0555
www.abv.com
*******************************
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies. Thank you.

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Friday, November 7, 2025 7:02 PM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** Re: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John,

Thanks for your email. I read your email as saying that if I don't accept the constraints that you set out below then you will not accept service of our subpoena. If this is incorrect, please tell me quickly, as it will affect how we proceed with obtaining Redacted's documents and testimony.

I decline your invitation to use service as leverage to negotiate the terms of the subpoena. Your name was provided to me by defense counsel in the underlying action as the person

"who will be representing Redacted in this matter" and therefore I would have expected service would not be a sticking point. Please advise.

If you accept service, I will be open to discussing potential modifications to the subpoena.

Please advise.

_____
**Hugh D. Sandler**
**Partner**
**Krantz & Berman LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

---

**From:** John Craig <jcraig@abv.com>
**Sent:** Friday, November 7, 2025 11:41:58 AM
**To:** Hugh Sandler <hsandler@krantzberman.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

**[External Email]**

Dear Hugh,

I confirm that we can accept service of your subpoena directed to Redacted, on the following conditions:

1. As Redacted resides in Redacted, he must deposed in Redacted. While we have no objection to you conducting the deposition by video, you agree that we can be present with Redacted even if you do conduct the deposition by remote video.

2. You further agree that Redacted only needs to produce communications concerning Mr. Schneider or the "Action", as such term is defined in the Subpoena, that he had with the following individuals (if any such documents exist): (a) Sharon Gans Horn, (b) Lorraine Imlay, (c) Minerva Taylor, and (d) Gregory Koch. You further agree (i) that no document search will be conducted at any of the Redacted organizations; (ii) no vendor will be retained to assist in the production; and (iii) Redacted or his counsel may conduct the search himself by reviewing his paper and electronic records using the ordinarily available search features.

Please let me know if these terms are acceptable.

Best regards,
John


*******************************
John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct:  (212) 616-7075
Main:   (212) 571-0550
Fax:     (212) 571-0555
www.abv.com
*******************************
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies. Thank you.

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Friday, November 7, 2025 9:24 AM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** Re: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John, Please respond to my email below. Are you accepting service of the subpoena?

**From:** Hugh Sandler
**Sent:** Monday, November 3, 2025 2:09 PM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

John,

Have you been able to confirm whether you can accept service on the subpoena for Redacted yet?

Thanks,

Hugh

_____
**Hugh D. Sandler**
**Partner**
**Krantz & Berman LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009

Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential. If received in error, please delete immediately and notify sender. Thank you.

---

**From:** John Craig <jcraig@abv.com>
**Sent:** Thursday, October 30, 2025 4:14 PM
**To:** Hugh Sandler <hsandler@krantzberman.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** RE: [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

**[External Email]**

Dear Hugh,

Do you have time for a quick call?

I can be reached at the number below.

Best regards,
John

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
John Craig
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct:  (212) 616-7075
Main:    (212) 571-0550
Fax:     (212) 571-0555
www.abv.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.  If you are not the intended recipient please contact the sender and delete all copies. Thank you.

---

**From:** Hugh Sandler <hsandler@krantzberman.com>
**Sent:** Thursday, October 30, 2025 12:32 PM
**To:** John Craig <jcraig@abv.com>
**Cc:** Liz Geddes <liz@corvalaw.com>
**Subject:** [Ext:] Schneider v. OSG, LLC, et al. No. 22-cv-7686-DG-VMS (EDNY)

Dear Mr. Craig,

I represent Plaintiff in the above-referenced action. I have been advised that you represent Redacted Redacted. Please see the attached subpoena for Redacted's documents and testimony.

Can you confirm whether you accept service of the attached on Redacted's behalf?

Thank you

_____
**Hugh D. Sandler**
**Partner**
**Krantz & Berman LLP**
747 Third Avenue, 32nd Fl.
New York, NY 10017
Direct: (646) 943-6112
Main: (212) 661-0009 | Fax: (212) 355-5009
Web Bio | hsandler@krantzberman.com
www.krantzberman.com

The above message is from an attorney and may be legally privileged or otherwise confidential. If received in error, please delete immediately and notify sender. Thank you.