# Exhibit 3

| | |
|---|---|
| **Subject:** | Re: Schneider v. OSG, LLC, 22-cv-7686-DG-VMS; subpoena |
| **Date:** | Wednesday, October 29, 2025 at 2:29:45 PM Pacific Daylight Time |
| **From:** | Rhett O. Millsaps II <rhett@lex-lumina.com> |
| **To:** | Hugh Sandler <hsandler@krantzberman.com>, liz@corvalaw.com <liz@corvalaw.com> |
| **CC:** | Anna Skotko <anna@skotkolaw.com>, eposman@posmanlaw.com <eposman@aol.com>, Rebecca Tushnet <rtushnet@lex-lumina.com> |
| **BCC:** | Rhett O. Millsaps II <rhett@lex-lumina.com> |

Hugh - Here is the info for the lawyer who will be representing Redacted in this matter:

John Craig
jcraig@abv.com
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006
Direct:  (212) 616-7075
Main:   (212) 571-0550
Fax:     (212) 571-0555

Best,
Rhett


Rhett Millsaps
LEX LUMINA | Managing Partner | 646.535.1137

---

**From:** Rhett O. Millsaps II <rhett@lex-lumina.com>
**Date:** Tuesday, October 28, 2025 at 12:27 PM
**To:** Hugh Sandler <hsandler@krantzberman.com>, liz@corvalaw.com <liz@corvalaw.com>
**Cc:** Anna Skotko <anna@skotkolaw.com>, eposman@posmanlaw.com <eposman@aol.com>, Rebecca Tushnet <rtushnet@lex-lumina.com>
**Subject:** Re: Schneider v. OSG, LLC, 22-cv-7686-DG-VMS; subpoena

Hugh — We are not going to be representing Redacted going forward in this matter. I'll have contact information for the lawyer who will be (and who will accept service) later today or tomorrow and will send to you as soon as I do.

Best,
Rhett


Rhett Millsaps
LEX LUMINA | Managing Partner | 646.535.1137