**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPENCER LEE SCHNEIDER<br><br>     Plaintiff,<br><br>    v.<br><br>OSG, LLC, d/b/a Odyssey Study Group, LORRAINE IMLAY, individually and as a fiduciary of the ESTATE OF SHARON GANS HORN, MINERVA TAYLOR, individually and as a fiduciary of the ESTATE OF SHARON GANS HORN, and GREGORY KOCH,<br><br>     Defendants. | Case No. 22-cv-07686 (DG) (VMS)<br><br>**DECLARATION OF<br>HUGH D. SANDLER** |

I, Hugh D. Sandler, hereby declare as follows:

 1. I am a partner at Krantz & Berman LLP, counsel to Plaintiff in the above-captioned action. I submit this declaration in support of Plaintiff's December 19, 2025 Opposition to Defendants' Motion to Compel Plaintiff Spencer Schneider to appear for five additional hours of deposition time.

 2. Attached hereto as Exhibit 1 is a true and correct copy of an October 6, 2025 e-mail from Defendants' counsel to Plaintiffs' counsel concerning responding to Defendants' Requests for Admission.

 3. Attached hereto as Exhibit 2 is a true and correct copy of the July 10, 2025 New York State Court Decision + Order on Motion dismissing OSG, LLC's defamation lawsuit against Spencer Schneider and awarding Mr. Schneider his fees and costs.

 Per 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of December 2025
New York, New York

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hugh D. Sandler