**From:** Rhett O. Millsaps II <rhett@lex-lumina.com>
**Sent:** Monday, October 6, 2025 10:13 PM
**To:** Hugh Sandler <hsandler@krantzberman.com>; Liz Geddes <liz@corvalaw.com>
**Cc:** Anna Skotko <anna@skotkolaw.com>; eposman@posmanlaw.com <eposman@aol.com>; Rebecca Tushnet <rtushnet@lex-lumina.com>
**Subject:** Schneider v. OSG, LLC, 22-cv-7686-DG-VMS; OSG's First Requests for Admission

**[External Email]**

Dear Counsel,

Please find attached for service Defendant OSG, LLC's First Requests for Admission.

We think this is the appropriate and most efficient way (rather than a stipulation) to handle the authentication of Mr. Schneider's publications and media appearances. While Mr. Schneider of course has 30 days to respond under the Rules, a response prior to Mr. Schneider's continued deposition on October 15 will allow us to avoid wasting time at his deposition going through this information. Even if you don't serve a full response before October 15, it will be helpful if you can let us know if there are any requests that he will not simply admit so that we can plan to question him only in regard to the requests that he will deny in whole or in part.

Best,
Rhett


Rhett O. Millsaps II
Managing Partner
[LEX LUMINA LLP](#)
745 Fifth Avenue
Suite 500
New York, NY  10151
[rhett@lex-lumina.com](#)

646 535 1137 (direct dial)
646 906 8657 (facsimile)

==
This message and any attached documents contain information from a law office that is confidential and may be privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this message in error, please delete it and notify the sender immediately by separate e-mail. Thank you. May all beings everywhere be happy and free.