

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler
Jerrold L. Steigman

Lisa A. Cahill
Rebecca S. Campbell
*Of Counsel*

Writer's E-mail

hsandler@krantzberman.com

June 26, 2026

**VIA ECF**

The Honorable Vera M. Scanlon
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Schneider v. OSG, LLC et al.*, 22-cv-7686-DG-VMS (E.D.N.Y.)**

Dear Judge Scanlon,

This letter is jointly submitted by counsel for the parties in the above-referenced action.

On June 8, 2026, Your Honor ordered that, by or before June 26, 2026, the parties "file a joint letter certifying the close of all discovery and stating whether they have an interest in Court-annexed mediation or a settlement conference with the magistrate judge."

The parties jointly certify the close of all discovery. The parties' counsel also met and conferred via Zoom to discuss settlement and the prospect of a Court-annexed mediation or a settlement conference with the magistrate judge.

On that meet and confer, the parties' counsel agreed that their positions are too far apart to merit a mediation or settlement conference at this time.

Respectfully submitted,

*s/ Hugh Sandler*                                            *s/ Rhett Millsaps* (hds w/ consent)

_____              _____
Hugh Sandler                                                     Rhett O. Millsaps II
Krantz & Berman LLP                                        Rebecca Tushnet
747 Third Avenue, 32nd Floor                          Lex Lumina LLP
New York, NY 10017                                         745 Fifth Avenue, Suite 500
hsandler@krantzberman.com                            New York, NY  10151
(646) 943-6112                                                  (646) 535-1137
                                                                          rhett@lex-lumina.com

Elizabeth A. Geddes
Corva Law LLP                                                  Anna M. Skotko
110 West 40th Street                                         Skotko Law PLLC
Suite 1003                                                         29 Broadway, Floor 31

New York, NY 10018

*Counsel for Plaintiff*

New York, NY 10006
(646) 396-5251
anna@skotkolaw.com

*Counsel for Defendants*

Eva H. Posman
570 Lexington Avenue, Suite 1600
New York, NY  10022
(212) 661-9191
eposman@aol.com

*Co-counsel for OSG, LLC and Lorraine Imlay and Minerva Taylor in their capacities as fiduciaries of the Estate of Sharon Gans Horn*